**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TERRY C. BRUNNER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 98-554C |
| | ) | (Judge Wolski) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's August 30, 2006 order, plaintiff and defendant respectfully submit the following joint status report.

The parties are in the process of attempting to develop stipulated facts, in an effort to permit this Court to determine damages without the need for a trial. The Drug Enforcement Agency is in the process of reviewing these stipulations. The parties are also simultaneously pursuing settlement negotiations, in an effort to resolve the dispute without further Court involvement.

In the event that further Court involvement is necessary, the Government has indicated to plaintiff that it intends to file a motion to amend its answer, which plaintiff has indicated he will oppose. The parties also anticipate that they will be able to file stipulated facts to allow the

Court to determine damages without the need for a trial, in concert with cross-motions for summary judgment on damages.

Accordingly, the parties respectfully request that the Court order that a joint status report be filed by October 23, 2006, either setting forth a schedule for further proceedings or indicating that the parties have made substantial progress toward settling this matter without further Court involvement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director

/s/ Gale R. Gustafson
GALE R. GUSTAFSON, ESQ.
Gustafon & Rohrer
400 South Main Street
Conrad, Montana 59425

September 22, 2006
Attorney for Plaintiff

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377

September 22, 2006
Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on this 22nd day of September, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice