# In the United States Court of Federal Claims

No. 98-554C
(Filed September 26, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * *
*
**TERRY C. BRUNNER,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court has reviewed the parties' request to file a joint status report either setting forth a schedule for further proceedings or indicating that the parties have made substantial progress toward settling this matter. The request is **GRANTED**. The parties may file a joint status report on or by October 23, 2006.

**IT IS SO ORDERED.**

/s

**VICTOR J. WOLSKI**
Judge