# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TERRY C. BRUNNER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 98-554C |
| | ) | (Judge Wolski) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's September 26, 2006 order, plaintiff and defendant respectfully submit the following joint status report.

The Government will file any motion to amend the answer to the complaint, if necessary, by or before November 15, 2006. On or before the same date, the Government will serve its draft joint stipulation of damages upon the plaintiff.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director

/s/ Gale R. Gustafson
GALE R. GUSTAFSON, ESQ.
Gustafon & Rohrer
400 South Main Street
Conrad, Montana 59425

October 23, 2006
Attorney for Plaintiff

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377

October 23, 2006
Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on this 23rd day of October, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice