# SUPPLEMENTAL APPENDIX

**INDEX TO DEENDANT'S APPENDIX**

**DOCUMENT** **PAGE(S)**

DEA Report of Investigation (December 11, 1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-2

Montana Department of Justice, Investigative Report (October 29, 1992) . . . . . . . . . . . . . . . . 3-4

State of Montana, Forensic Division, Evidence Examination Report
(November 2, 1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Cooperating Individual Agreement signed by Terry C. Brunner (August 8, 1992) . . . . . . . . . . . . 6

DEA Voucher for Payment (November 11, 1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

DEA Voucher for Payment (November 23, 1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

DEA Report of Investigation (November 12, 1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Handwritten Note to File by Ben Yarbrough (December 10, 1992) . . . . . . . . . . . . . . . . . . . . . . 10

Letter from Gale R. Gustafson to Ben Yarbrough with handwritten notes
(December 18, 1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-13

Memorandum from Raymond J. McKinnon (signed by Donald W. Young)
to Dennis Hoffman (December 16, 1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Letter from Raymond J. McKinnon (signed by Donald W. Young)
to Gale R. Gustafson (February 16, 1993) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Excerpts from Deposition of Terry C. Brunner
(June 27, 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-21