**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TERRY C. BRUNNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | 98-554C |
| | ) | (Judge Wolski) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's order dated April 5, 2007, the parties respectfully submit the following joint status report.

While the parties discussed proposed stipulations on April 5, 2007, and have exchanged draft documents, the parties have not yet agreed upon a final version of stipulations. The parties anticipate that they will be able to prepare a final set of joint stipulations by May 4, 2007.[1] On May 14, 2007, plaintiff will file a motion for summary judgment on damages along with the joint stipulations of fact, and any additional proposed findings of fact. The Government will respond in accordance with the Rules of the United States Court of Federal Claims.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

[1] Counsel for the defendant will be out of the country from April 18, 2007 through April 30, 2007.

/s/ Gale R. Gustafson
GALE R. GUSTAFSON, ESQ.
Gustafon & Rohrer
400 South Main Street
Conrad, Montana 59425

April 17, 2007
Attorney for Plaintiff

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377

April 17, 2007
Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 17th day of April, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice