**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TERRY C. BRUNNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | 98-554C |
| | ) | (Judge Wolski) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The parties respectfully submit the following joint status report.

The parties exchanged an agreed upon, final version of stipulations on May 8, 2007. The parties have also been engaged in ongoing settlement negotiations.

While plaintiff initially anticipated that he would be able to file a motion for summary judgment on damages (along with the joint stipulations of fact and any additional proposed findings of fact) upon May 14, 2007, plaintiff may need until June 8, 2007 to file its motion. The Government consents to this schedule. The Government will respond to plaintiff's motion in accordance with the Rules of the United States Court of Federal Claims.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

/s/ Gale R. Gustafson
GALE R. GUSTAFSON, ESQ.
Gustafon & Rohrer
400 South Main Street
Conrad, Montana 59425

May 11, 2007
Attorney for Plaintiff

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377

May 11, 2007
Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 14th day of May, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice