# In the United States Court of Federal Claims

No. 98-554C
(Filed May 15, 2007)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * | |
| | * |
| **TERRY C. BRUNNER,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

On May 14, 2007, the Court received the parties' joint status report proposing a schedule for plaintiff to file his motion for summary judgment. The Court adopts the proposed schedule. Accordingly, plaintiff shall file his motion for summary judgment and supporting materials on or before **June 8, 2007**. Further briefing shall be in accordance with Rule 7.2 of the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge