2B Great Falls Tribune Saturday, January 28, 1995

# Man pleads guilty in drug case stemming from 1993 bust

By Tribune Staff

A Phoenix man pleaded guilty Friday in U.S. District Court, making him one of the last of the nearly two dozen people swept up in a federal drug bust in 1993 to enter a plea.

Michael "Goat" Snider, 42, pleaded guilty to conspiracy and possession with the intent to distribute methamphatemine and cocaine.

Snider was arrested in Phoenix in late November after having evaded arrest when most of the rest of the conspirators were arrested in October 1993.

The bust involved the distribution of a variety of narcotics in four western states.

Snider transported large amounts of cocaine and methamphetamine from California to Idaho and Montana, according to a grand jury indictment.

He signed a plea agreement in which he admitted to bringing 154.9 grams of methamphetamine and 369 grams of cocaine into West Yellowstone.

No sentencing date has been set.

Of the other nearly two dozen arrested in three separate cases that had several people in common to each case, most have pleaded guilty and been sentenced.

PENGAD-Bayonne, N.J.
DEFENDANT'S EXHIBIT
7
6/29/?