IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TERRY C. BRUNNER,<br>Plaintiff, | ) | |
| v. | ) | No. 98-554C<br>(The Honorable Judge Wolski) |
| THE UNITED STATES,<br>Defendant. | ) | |

**JOINT STIPULATIONS OF FACT REGARDING DAMAGES**

1. Terry C. Brunner was activated as a Regular Confidential Informant for the Drug Enforcement Administration ("DEA") on August 3, 1992, with "monetary considerations" listed as his motivation in his (establishment) Personal History Report.

2. Mr. Brunner signed a "Cooperating Individual Agreement" ("CI Agreement") on August 3, 1992, that provided, in part, that he would "not violate criminal laws in furtherance of gathering information or providing services to DEA."

3. The CI Agreement further provided that Mr. Brunner "had no official status, implied or otherwise, as Agent or employee of DEA."

4. The CI Agreement further provided that ". . . it is a Federal Offense to . . . mislead anyone who provides information about a Federal Crime to a Federal law enforcement agency. If I experience anything of this nature, as a result of my cooperation with DEA, I will contact me controlling agent immediately."

5. Mr. Brunner received a payment of $75 from"purchase of evidence" and "payment of information" ("PE/PI") funds for "Information and Expenses," described in the remarks section the relevant DEA form 103 as "for [the] attempted purchase of

Methamphetamines." on August 4, 1992, from Wes D. Hearon, a DEA field agent with the Great Falls, Montana field office.

6. Mr. Brunner received a payment of $500 from PE/PI funds for "Information and Expenses," described in the remarks section of the relevant DEA form 103 as "for seizure of ½ oz cocaine, 1991 Chevy S10 Pickup Truck and arrest of one Defendant," on August 10, 1992, from Ben C. Yarbrough, the Resident Agent In Charge of the Great Falls, Montana field office.

7. Mr. Brunner received a payment of $500 from PE/PI funds for "Information and Expenses," described in the remarks section of the relevant DEA form 103 as for "information and expenses," on August 21, 1992, from Mr. Hearon.

8. Mr. Brunner received a payment of $575 from PE/PI funds for "Information and Expenses," described in the remarks section of the relevant DEA form 103 as "funds for security deposit" and "rental of residence and trailer," on August 27, 1992, from Mr. Yarbrough.

9. Mr. Brunner received a payment of $1,000 from PE/PI funds for "Information and Expenses," described in the remarks section of the relevant DEA form 103 as "[s]alary ½ of Sept.," on September 1, 1992, from task force officer Greg Church.

10. Mr. Brunner received a payment of $200 from PE/PI funds for "Information and Expenses," described in the remarks section of the relevant DEA form 103 as "payment to informant for information and expenses on the Butte, MT trip," on September 8, 1992, from Mr. Hearon.

11. Mr. Brunner received a payment of $200 from PE/PI funds for "Information and Expenses" described in the remarks section of the relevant DEA form 103 as for "partial month salary," on September 14, 1992, from task force officer Bryan Lockerby.

12. Mr. Brunner received a payment of $124.95 from PE/PI funds for "Information and Expenses" described in the remarks section of the relevant DEA form 103 as for "[e]xpenses incurred in the undercover trailer" on September 14, 1992, from Mr. Lockerby.

13. Mr. Brunner received a payment of $375 from PE/PI funds for "Expenses," described in the remarks section of the relevant DEA form 103 as for "Start up U/C Premises," on September 15, 1992, from special agent William Mountsier.

14. Mr. Brunner received a payment of $600 from PE/PI funds for "Information and Expenses" described in the remarks section of the relevant DEA form 103 as for the "[p]ayment of balance of monthly ($2,000) salary owed for September 1992," on September 18, 1992, from Mr. Lockerby.

15. Mr. Brunner received a payment of $500 from PE/PI funds for "Information and Expenses," described in the remarks section of the relevant DEA form 103 as for "expenses for out of state travel," on September 29, 1992, from Mr. Hearon.

16. Mr. Brunner received a payment of $3,000 from PE/PI funds for "Purchase of Evidence," on September 30, 1992, from Mr. Hearon.

17. Mr. Brunner received a payment of $2,000 from PE/PI funds for "Information and Expenses" described in the remarks section of the relevant DEA form 103 as "payment for expenses and October salary," on October 13, 1992, from Mr. Lockerby.

18. Mr. Brunner received a payment of $780 from PE/PI funds for "Information and Expenses," described in the remarks section of the relevant DEA form 103 as "payment for expenses" (and listing 8 individual expenses), on October 14, 1992, from Mr. Hearon.

19. Mr. Brunner received a payment of $2,500 from PE/PI funds for "Reward," described in the remarks section of the relevant DEA form 103 as because Mr. Brunner "was

directly responsible for the seizure of 1.5 pounds of methamphetamines and cocaine from Michael SNIDER on [October 13, 1992]." This reward was paid on October 21, 1992, by Mr. Hearon.

20. Mr. Brunner received a payment of $300 from PE/PI funds for "Information and Expenses," on November 10, 1992 from E.J. Schmidt of the South Lake Tahoe Task Force.

21. Mr. Brunner received payment of $500 from PE/PI funds for "Information and Expenses" described in the remarks section of the relevant DEA form 103 as "Payment to CI for expenses incurred re RM-92-Z003 [Michael Snider] CI will be paid in full $2,000 at the end/close of this case" on November 23, 1992, from Mr. Hearon.

22. Prior to December 8, 1992, Mr. Brunner received an estimate of $1,801.24 from Atlas Van Lines for the expense of moving from Conrad, Montana to Ashland, Wisconsin.

23. Prior to December 8, 1992, Mr. Brunner estimated that he would incur additional moving expenses of $700, including meals and lodging, for him and his wife in driving their two vehicles to their destination.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Gale R. Gustafson
GALE R. GUSTAFSON
GUSTAFSON & ROHRER
400 South Main Street, Suite 101
Conrad, Montana 59425
Telephone: (406) 278-7521
Facsimile: (406) 278-7522

Attorney for Plaintiff

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-2377
Steven.Mager@usdoj.gov

Attorneys for Defendant

May 8, 2007