# **DEFENDANT'S APPENDIX**

# INDEX TO DEENDANT'S APPENDIX

**DOCUMENT** **PAGE(S)**

DEA Vouchers for Payment (DEA 103) to various agents regarding Terry C. Brunner (August 1992-November 1992) . . . . . 1-18

Cooperating Individual Agreement signed by Terry C. Brunner (August 8, 1992) . . . . . 19

Montana Department of Justice, Investigative Report (October 29, 1992) . . . . . 20-21

State of Montana, Forensic Division, Evidence Examination Report (November 2, 1992) . . . . . 22

DEA Report of Investigation (December 11, 1992) . . . . . 23-24

DEA Report of Investigation (November 12, 1992) . . . . . 25

Letter from Gale R. Gustafson to Ben Yarbrough (December 8, 1992) . . . . . 26-28

Handwritten Note to File by Ben Yarbrough (December 10, 1992) . . . . . 29

Memorandum from Raymond J. McKinnon (signed by Donald W. Young) to Dennis Hoffman (December 16, 1992) . . . . . 30

Letter from Gale R. Gustafson to Ben Yarbrough with handwritten notes (December 18, 1992) . . . . . 31-33

Letter from Raymond J. McKinnon (signed by Donald W. Young) to Gale R. Gustafson (February 16, 1993) . . . . . 34

Excerpts from Deposition of Terry C. Brunner (June 27, 2000) . . . . . 35-49

DEA Report of Investigation (August 23, 1992) . . . . . 50

DEA Report of Investigation (August 26, 1992) . . . . . 51

DEA Report of Investigation (September 22, 1992) . . . . . 52-53

DEA Report of Investigation (September 24, 1992) . . . . . 54