*See Instructions on Reverse before completing.*

# VOUCHER FOR PAYMENT FOR INFORMATION AND PURCHASE OF EVIDENCE

Voucher No.

Schedule No.

PAID BY

PAID 92-260

**1. Originating Office (Name and Office Designator)** Great Falls RO

**2. Name of Claimant** S/A Wes Hearon

**3. Claimant Social Security No.** [redacted]

**4. This Voucher is being used for:**

a. ☒ Payment to Informant
(1) ☒ for Information and Expenses: $75.00
(2) ☐ for Reward $
(3) ☐ for Security $
(4) ☐ for Payment of Moiety Claims $
b. ☐ Purchase of Evidence $

**5. EXPENDITURES**

| a. File Number(s) | b. Amount | c. G-DEP Identifier | d. Exhibit No. |
|---|---|---|---|
| GFRM-92-4038 | $ 75.00 | GA2-5O | n/a |
| | $ | | |
| | $ | | |

**6a. Purchase of DRUG Evidence** ☐ Drug Code (See Reverse)
Quantity (Same as DEA-7)

OR **6b. NON-DRUG Evidence (Describe Purchase)**

**7. CERTIFICATION OF INFORMANT**

I certify I received payment in the amount of 75.00 dollars U.S. or the equivalent in another currency.
If funds received are for the purchase of evidence, any unused funds shall be returned to the Government upon demand and any misappropriation will render me liable for prosecution.

Informant Code No. [redacted] (Sign LAST COPY only) Date Aug 4, 92

**8. REMARKS:**
Expenses for attempted purchase of meth from [redacted] Cal. II on 8/4/92

**9. CERTIFICATION**

(Signature) S/A W Hearon Date 8/4/92

a. PAYOR NAME: (Type name) S/A Wes Hearon

(Signature) Date 8/4/92

b. WITNESS NAME: (Type name) Dale D. Williams

(Signature) Date 8/4/92

c. APPROVING SUPERVISOR NAME: (Type name) G/S Yarbrough

**10. Approving Headquarters Official When Required**

**11. ACCOUNTING CLASSIFICATION**

| Appropriation | Allowance Center | B/A | Incurring Center | Control No. | Program | Project | Benefitting Center | Object Class | Amount |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | [redacted] | $75.00 |

**12.** Signature of Authorized Certifying Officer Date

**13. Signature of Claimant** S/A W Hearon **14. Date** 8-4-92

DEA Form (Aug. 1982) — 103

Previous editions are Obsolete.

5 - Informant File

See Instructions on Reverse before completing.

# VOUCHER FOR PAYMENT FOR INFORMATION AND PURCHASE OF EVIDENCE

Voucher No.

Schedule No.

1. Originating Office (Name and Office Designator)
GREAT FALLS R.O. (RM)

2. Name of Claimant
BEN C YARBROUGH, RAC

3. Claimant Social Security No.
[redacted]

4. This Voucher is being used for:
a. [X] Payment to Informant
(1) [X] for Information and Expenses $ 500.00
(2) [ ] for Reward $
(3) [ ] for Security $
(4) [ ] for Payment of Moiety Claim $
b. [ ] Purchase of Evidence $

PAID BY
PAID
92-266

5. EXPENDITURES

| a. File Number(s) | b. Amount | c. G-DEP Identifier | d. Exhibit No. |
|---|---|---|---|
| GFRM-92-4045 | $500.00 | IA2-CO | |
| | $ | | |
| | $ | | |

6a. Purchase of DRUG Evidence — Drug Code (See Reverse) — OR — 6b. NON-DRUG Evidence (Describe Purchase)

Quantity (Same as DEA-7) N/A — N/A

7. CERTIFICATION OF INFORMANT
I certify I received payment in the amount of 500.00 dollars U.S. or the equivalent in another currency.
If funds received are for the purchase of evidence, any unused funds shall be returned to the Government upon demand and any misappropriation will render me liable for prosecution.

Informant Code No. SRM-92-004 (Sign LAST COPY only) Date 08/10/92

8. REMARKS:
I & E ref: Seizure of 1/2 oz cocaine, 1991 Chevy S-10 pick up truck & arrest of one Defendant

9. CERTIFICATION

a. PAYOR NAME: (Signature) Date 8/10/92
(Type name) BEN YARBROUGH, RAC

b. WITNESS NAME: (Signature) Date 8/10/92
(Type name) MRS ELSYAAH McCARTY OA

c. APPROVING SUPERVISOR NAME: (Signature) ... RAC Date 8/10/92
(Type name) BEN C YARBROUGH RAC

10. Approving Headquarters Official When Required

11. ACCOUNTING CLASSIFICATION

| Appropriation | Allowance Center | B/A | Incurring Center | Control No. | Program | Project | Benefitting Center | Object Class | Amount |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | [redacted] | $500.00 |

12. Signature of Authorized Certifying Officer — Date

13. Signature of Claimant — 14. Date 8/10/92

DEA Form — 103 (Aug. 1982)

Previous editions are Obsolete.

5 - Informant File