See Instructions on Reverse before completing.

# VOUCHER FOR PAYMENT FOR INFORMATION AND PURCHASE OF EVIDENCE

Voucher No. ______
Schedule No. ______

1. Originating Office (Name and Office Designator)
Great Falls R.O. (RM)

2. Name of Claimant
Greg Church, TFO

3. Claimant Social Security No.
[redacted]

4. This Voucher is being used for:
a. [XX] Payment to Informant
(1) [XX] for Information and Expenses $ 1,000.00
(2) [ ] for Reward $
(3) [ ] for Security $
(4) [ ] for Payment of Moiety Claim $
b. [ ] Purchase of Evidence $

PAID BY
PAID
92-280

5. EXPENDITURES

| a. File Number(s) | b. Amount | c. G-DEP Identifier | d. Exhibit No. |
|---|---|---|---|
| RM-92-0015 | $ 1,000.00 | GA2-S1 | |
| | $ | | |
| | $ | | |

6a. Purchase of DRUG Evidence — Drug Code (See Reverse) — Quantity (Same as DEA-7)
OR
6b. NON-DRUG Evidence (Describe Purchase)

7. CERTIFICATION OF INFORMANT

I certify I received payment in the amount $1,000.00 dollars U.S. or the equivalent in another currency.

If funds received are for the purchase of evidence, any unused funds shall be returned to the Government upon demand and any misappropriation will render me liable for prosecution.

Informant Code No. SRM-92-0014 — (Sign LAST COPY only) [signature] — Date

8. REMARKS:

Payment to SRM-92-0014 REF: Salary 1/2 of Sept.

9. CERTIFICATION

a. PAYOR NAME: (Signature) [signature] Date 9-1-92
(Type name) Greg Church, TFO

b. WITNESS NAME: (Signature) [signature] Date 9-1-92
(Type name) Jim Wells, TFO

c. APPROVING SUPERVISOR NAME: (Signature) [signature] Date 9-1-92
(Type name) Ben C. Yarbrough, RAC

10. Approving Headquarters Official When Required

11. ACCOUNTING CLASSIFICATION

| Appropriation | Allowance Center | B/A | Incurring Center | Control No. | Program | Project | Benefitting Center | Object Class | Amount |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | [redacted] | $1,000.00 |

12. Signature of Authroized Certifying Officer ______ Date ______

13. Signature of Claimant [signature] — 14. Date 9-1-92

DEA Form – 103 (Aug. 1982) — Previous editions are Obsolete. — Informant File

*See Instructions on Reverse before completing.*

**VOUCHER FOR PAYMENT FOR INFORMATION AND PURCHASE OF EVIDENCE**

Voucher No.

Schedule No.

PAID BY
PAID
92-293

**1. Originating Office (Name and Office Designator)**
Great Falls, MT RM

**2. Name of Claimant**
S/A Wes Hearon

**3. Claimant Social Security No.**
[redacted]

**4. This Voucher is being used for:**
a. [x] Payment to Informant
(1) [x] for Information and Expenses $ 200.00
(2) [ ] for Reward $
(3) [ ] for Security $
(4) [ ] for Payment of Moiety Claims $
b. [ ] Purchase of Evidence $

**5. EXPENDITURES**

| a. File Number(s) | b. Amount | c. G-DEP Identifier | d. Exhibit No. |
|---|---|---|---|
| RM-92-0015 | $ 200.00 | GA2-S1 | N/A |
| | $ | | |
| | $ | | |

**6a. Purchase of DRUG Evidence** Drug Code (See Reverse)
Quantity (Same as DEA-7) N/A

OR

**6b. NON-DRUG Evidence (Describe Purchase)**
N/A

**7. CERTIFICATION OF INFORMANT**

I certify I received payment in the amount of 200.00 dollars U.S. or the equivalent in another currency.
If funds received are for the purchase of evidence, any unused funds shall be returned to the Government upon demand and any misappropriation will render me liable for prosecution.

Informant Code No. [signature] (Sign LAST COPY only) Date 9-8-92

**8. REMARKS:**
Payment to Informant for information and expenses Butte, MT, etc.

**9. CERTIFICATION**

a. PAYOR NAME: (Signature) S/A W.D. Hearon Date 9-8-92
(Type name) Wes D. Hearon, S/A

b. WITNESS NAME: (Signature) Greg Church TFO Date 9-8-92
(Type name) Greg Church, TFO

c. APPROVING SUPERVISOR NAME: (Signature) [signature] Date 9/11/92
(Type name) Ben C. Yarbrough, RAC

**10. Approving Headquarters Official When Required**

**11. ACCOUNTING CLASSIFICATION**

| Appropriation | Allowance Center | B/A | Incurring Center | Control No. | Program | Projects | Benefitting Center | Object Class | Amount |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | [redacted] | $200.00 |

**12. Signature of Authorized Certifying Officer** Date

**13. Signature of Claimant** S/A W.D. Hearon **14. Date** 9-8-92

DEA Form - 103 (Aug. 1982)

Previous editions are Obsolete.

5 - Informant File

See Instructions on Reverse before completing.

**VOUCHER FOR PAYMENT FOR INFORMATION AND PURCHASE OF EVIDENCE**

Voucher No.
Schedule No.

1. Originating Office (Name and Office Designator)
Great Falls, R.O. (RM)

2. Name of Claimant
Bryan E. Lockerby, TFO

3. Claimant Social Security No.
[redacted]

4. This Voucher is being used for:
a. [XX] Payment to Informant
(1) [X] for Information and Expenses $ 200.00
(2) [ ] for Reward $
(3) [ ] for Security $
(4) [ ] for Payment of Moiety Claim $
b. [ ] Purchase of Evidence $

PAID BY

PAID

92-296

5. EXPENDITURES

| a. File Number(s) | b. Amount | c. G-DEP Identifier | d. Exhibit No. |
|---|---|---|---|
| RM-92-0015 | $ 200.00 | GA8-S1 | |
| | $ | | |
| | $ | | |

6a. Purchase of DRUG Evidence — Drug Code (See Reverse) — Quantity (Same as DEA-7)

OR

6b. NON-DRUG Evidence (Describe Purchase)

7. CERTIFICATION OF INFORMANT

I certify I received payment in the amount $200.00 dollars U.S. or the equivalent in another currency.

If funds received are for the purchase of evidence, any unused funds shall be returned to the Government upon demand and any misappropriation will render me liable for prosecution.

Informant Code No. SRM-92-0014

(Sign LAST COPY only) Date 9/14/92

8. REMARKS:

$200.00 partial monthly salary for CI.

9. CERTIFICATION

a. PAYOR NAME: (Signature) Date 9/14/92
(Type name) Bryan E. Lockerby, TFO

b. WITNESS NAME: (Signature) Gregory M. Church TFO Date 9/14/92
(Type name) Gregory M. Church, TFO

c. APPROVING SUPERVISOR NAME: (Signature) Date 9/14/92
(Type name) Ben C. Yarbrough, RAC

10. Approving Headquarters Official When Required

11. ACCOUNTING CLASSIFICATION

| Appropriation | Allowance Center | B/A | Incurring Center | Control No. | Program | Project | Benefitting Center | Object Class | Amount |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | [redacted] | $200.00 |
| | | | | | | | | | |

12. Signature of Authroized Certifying Officer — Date

13. Signature of Claimant — 14. Date

DEA Form (Aug. 1982) — 103 Previous editions are Obsolete. Informant File

*See Instructions on Reverse before completing.*

# VOUCHER FOR PAYMENT FOR INFORMATION AND PURCHASE OF EVIDENCE

Voucher No.

Schedule No.

**1. Originating Office (Name and Office Designator)**

Great Falls R.O. (RM)

**2. Name of Claimant**

Bryan E. Lockerby, TFO

**3. Claimant Social Security No.**

[redacted]

**4. This Voucher is being used for:**

a. [XX] Payment to Informant

(1) [XX] for Information and Expenses $ 124.95

(2) [ ] for Reward $

(3) [ ] for Security $

(4) [ ] for Payment of Moiety Claim $

b. [ ] Purchase of Evidence $

PAID BY

PAID

92-297

**5. EXPENDITURES**

| a. File Number(s) | b. Amount | c. G-DEP Identifier | d. Exhibit No. |
|---|---|---|---|
| RM-92-0015 | $ 124.95 | GA2-S1 | |
| | $ | | |
| | $ | | |

**6a. Purchase of DRUG Evidence** — Drug Code (See Reverse) — Quantity (Same as DEA-7)

OR

**6b. NON-DRUG Evidence (Describe Purchase)**

**7. CERTIFICATION OF INFORMANT**

I certify I received payment in the amount $124.95 dollars U.S. or the equivalent in another currency.

If funds received are for the purchase of evidence, any unused funds shall be returned to the Government upon demand and any misappropriation will render me liable for prosecution.

Informant Code No. SRM-92-0014 (Sign LAST COPY only) Date 9/14/92

**8. REMARKS:**

Expenses incurred in the Undercover trailer.
(Purchase of equipment, which will be donated to charity at the conclusion of case.)

**9. CERTIFICATION**

a. PAYOR NAME: (Signature) Date 9/14/92
(Type name) Bryan E. Lockerby, TFO

b. WITNESS NAME: (Signature) Date 9-14-92
(Type name) [redacted]

c. APPROVING SUPERVISOR NAME: (Signature) Date 9/14/92
(Type name) Benne C. Yarbrough, RAC

**10. Approving Headquarters Official When Required**

**11. ACCOUNTING CLASSIFICATION**

| Appropriation | Allowance Center | B/A | Incurring Center | Control No. | Program | Project | Benefitting Center | Object Class | Amount |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | [redacted] | $124.95 |

**12.** Signature of Authroized Certifying Officer — Date

**13. Signature of Claimant** — **14. Date**

DEA Form — 103 (Aug. 1982) Previous editions are Obsolete. Informant File