*See Instructions on Reverse before completing.*

# VOUCHER FOR PAYMENT FOR INFORMATION AND PURCHASE OF EVIDENCE

Voucher No.
Schedule No.

1. Originating Office (Name and Office Designator)
Great Falls Resident Office (RM)

2. Name of Claimant
William G. Mountsier

3. Claimant Social Security No.
[redacted]

4. This Voucher is being used for:
- a. [X] Payment to Informant
  - (1) [X] for Expenses: $ 375.00
  - (2) [ ] for Reward $
  - (3) [ ] for Security $
  - (4) [ ] for Payment of Moiety Claim $
- b. [ ] Purchase of Evidence

PAID BY

PAID

92-301

5. EXPENDITURES

| a. File Number(s) | b. Amount | c. G-DEP Identifier | d. Exhibit No. |
|---|---|---|---|
| RM-92-Z003 | $ 375.00 | GN2-S1 | N/A |
| | $ | | |
| | $ | | |

6a. Purchase of DRUG Evidence — Drug Code (See Reverse)
Quantity (Same as DEA-7): N/A

OR

6b. NON-DRUG Evidence (Describe Purchase): N/A

7. CERTIFICATION OF INFORMANT

I certify I received payment in the amount of $375.00 dollars U.S. or the equivalent in another currency. If funds received are for the purchase of evidence, any unused funds shall be returned to the Government upon demand and any misappropriation will render me liable for prosecution.

Informant Code No. SBM-92-0014 (Sign LAST COPY only) Date 9/15/92

8. REMARKS:

U/C Expenses
Re: Start up U/C Premises:

| | |
|---|---|
| $100.00 | Electric deposit |
| $ 75.00 | Gas deposit |
| $160.00 | Used bed |
| $ 40.00 | Used Coffee table |

9. CERTIFICATION

a. PAYOR NAME: (Signature) Date
(Type name) S/A William Mountsier

b. WITNESS NAME: (Signature) Date
(Type name) TFA James Wells

c. APPROVING SUPERVISOR NAME: (Signature) Date 9-15-92
(Type name) RAC Ben C. Yarbrough

10. Approving Headquarters Official When Required

11. ACCOUNTING CLASSIFICATION

| Appropriation | Allowance Center | B/A | Incurring Center | Control No. | Program | Project | Benefitting Center | Object Class | Amount |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | [redacted] | $375.00 |

12. Signature of Authorized Certifying Officer — Date

13. Signature of Claimant — 14. Date

DEA Form (Aug. 1982) — 103

Previous editions are Obsolete.

5 - Informant File

See Instructions on Reverse before completing.

# VOUCHER FOR PAYMENT FOR INFORMATION AND PURCHASE OF EVIDENCE

Voucher No.
Schedule No.

PAID BY 92-308

1. Originating Office (Name and Office Designator)
Great Falls Resident Office (RM)

2. Name of Claimant
Bryan Lockerby, TFO

3. Claimant Social Security No.
[redacted]

4. This Voucher is being used for:
a. [X] Payment to Informant
(1) [X] for Information and Expenses $ 600.00
(2) [ ] for Reward $
(3) [ ] for Security $
(4) [ ] for Payment of Moiety Claim $
b. [ ] Purchase of Evidence $

5. EXPENDITURES

| a. File Number(s) | b. Amount | c. G-DEP Identifier | d. Exhibit No. |
|---|---|---|---|
| RM-92-Z003 | $ 600.00 | GN2-S1 | N/A |
| | $ | | |
| | $ | | |

6a. Purchase of DRUG Evidence — Drug Code (See Reverse)
Quantity (Same as DEA-7) N/A
OR
6b. NON-DRUG Evidence (Describe Purchase) N/A

7. CERTIFICATION OF INFORMANT
I certify I received payment in the amount $600.00 dollars U.S. or the equivalent in another currency.
If funds received are for the purchase of evidence, any unused funds shall be returned to the Government upon demand and any misappropriation will render me liable for prosecution.

Informant Code No. SRM-92-0012
(Sign LAST COPY only) Date 9/18/92

8. REMARKS:
Payment of balance of monthly ($2,000) salary owed for September 1992.

9. CERTIFICATION
a. PAYOR NAME: (Signature) Date 9/18/92
(Type name) Bryan Lockerby, TFO
b. WITNESS NAME: (Signature) Date 9/18/92
(Type name) Larry Renman, TFO
c. APPROVING SUPERVISOR NAME: (Signature) RAC Date 9/18/92
(Type name) Ben C. Yarbrough, RAC

10. Approving Headquarters Official When Required

11. ACCOUNTING CLASSIFICATION

| Appropriation | Allowance Center | B/A | Incurring Center | Control No. | Program | Project | Benefitting Center | Object Class | Amount |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | [redacted] | | $600.00 |

12. Signature of Authorized Certifying Officer — Date

13. Signature of Claimant — 14. Date

DEA Form (Aug. 1982) — 103
Previous editions are Obsolete.
5 - Informant File