See Instructions on Reverse before completing

# VOUCHER FOR PAYMENT FOR INFORMATION AND PURCHASE OF EVIDENCE

Schedule No.

PAID BY

PAID

92-329

1. Originating Office (Name and Office Designator): GREAT FALLS R.O. (RM)

2. Name of Claimant: S/A WES HEATON

3. Claimant Social Security No. [redacted]

4. This Voucher is being used for:
a. [X] Payment to Informant
(1) [X] for Information and Expenses $500
(2) [ ] for Reward $
(3) [ ] for Security $
(4) [ ] for Payment of Moiety Claim $
b. [ ] Purchase of Evidence $

5. EXPENDITURES

| a. File Number(s) | b. Amount | c. G-DEP Identifier | d. Exhibit No. |
|---|---|---|---|
| RM-92-Z003 | $ 500.00 | [illegible] | N/A |
| | $ | | |
| | $ | | |

6a. Purchase of DRUG Evidence — Drug Code (See Reverse) — Quantity (Same as DEA-7) — OR — 6b. NON-DRUG Evidence (Describe Purchase)

7. CERTIFICATION OF INFORMANT

I certify I received payment in the amount of $500 dollars U.S. or the equivalent in another currency.

If funds received are for the purchase of evidence, any unused funds shall be returned to the Government upon demand and any misappropriation will render me liable for prosecution.

Informant Code No. [illegible] (Sign LAST COPY only) [signature] Date 9-29-92

8. REMARKS: EXPENSES ROF OUT OF STATE TRAVEL (5 [illegible])

9. CERTIFICATION

a. PAYOR NAME: (Signature) [signature] Date 9-29-92
(Type name) WES D. HEATON S/A

b. WITNESS NAME: (Signature) [signature] Date [illegible]
(Type name) KENT FUNYAK, TFA

c. APPROVING SUPERVISOR NAME: (Signature) [signature] Date 9/29/92
(Type name) BEN C. YARBROUGH RAC

10. Approving Headquarters Official When Required

11. ACCOUNTING CLASSIFICATION

| Appropriation | Allowance Center | B/A | Incurring Center | Control No. | Program | Project | Benefitting Center | Object Class | Amount |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | [redacted] | $500.00 |

12. Signature of Authorized Certifying Officer — Date

13. Signature of Claimant [signature] — 14. Date

DEA Form (Aug. 1982) — 103

Previous editions are Obsolete.

5 - Informant File

*See Instructions on Reverse before completing.*

# VOUCHER FOR PAYMENT FOR INFORMATION AND PURCHASE OF EVIDENCE

Voucher No.

Schedule No.

PAID BY

PAID 92-330

**1. Originating Office (Name and Office Designator)**
Great Falls RO (RM)

**2. Name of Claimant**
S/A Wes Hearon

**3. Claimant Social Security No.**
[redacted]

**4. This Voucher is being used for:**

a. ☐ Payment to Informant
(1) ☐ for Information and Expenses $
(2) ☐ for Reward $
(3) ☐ for Security $
(4) ☐ for Payment of Moiety Claim $
b. ☒ Purchase of Evidence $3,000

**5. EXPENDITURES**

| a. File Number(s) | b. Amount | c. G-DEP Identifier | d. Exhibit No. |
|---|---|---|---|
| RM-92-2003 | $ 3,000 | GN2-S1 | Ex. 1 |
| | $ | | |
| – | $ | | |

**6a. Purchase of DRUG Evidence** ☐ Drug Code (See Reverse)
Quantity (Same as DEA-7)

OR **6b. NON-DRUG Evidence (Describe Purchase)**

**7. CERTIFICATION OF INFORMANT**

I certify I received payment in the amount of $3,000 dollars U.S. or the equivalent in another currency.

If funds received are for the purchase of evidence, any unused funds shall be returned to the Government upon demand and any misappropriation will render me liable for prosecution.

Informant Code No. [illegible]

(Sign LAST COPY only) [signature] Date 9-30-92

**8. REMARKS:**

On 9-30-92 SRM-92-0014 gave the above mentioned funds to Michael I. Sandler or a front for e[illegible] [illegible] that SRM-92-0014 is to [illegible] 10-2-92

**9. CERTIFICATION**

a. PAYOR NAME: (Signature) S/A W S Hearon Date 9-30-92
(Type name) Wes D. Hearon, S/A

b. WITNESS NAME: (Signature) [signature] Date 9-30-92
(Type name) Jim Wells, TFO

c. APPROVING SUPERVISOR NAME: (Signature) [signature] Date 9/30/92
(Type name) Ben C. Yarbrough, RAC

**10. Approving Headquarters Official When Required**

**11. ACCOUNTING CLASSIFICATION**

| Appropriation | Allowance Center | BA | Incurring Center | Control No. | Program | Project | Benefitting Center | Object Class | Amount |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | | |

**12. Signature of Authorized Certifying Officer** Date

**13. Signature of Claimant** S/A W S Hearon — 14. Date 9-30-92

DEA Form – 103 (Aug. 1982)

Previous editions are Obsolete.

5 - Informant File