*See Instructions on Reverse before completing.*

# VOUCHER FOR PAYMENT FOR INFORMATION AND PURCHASE OF EVIDENCE

Voucher No.

Schedule No.

PAID BY

PAID

93-006

1. Originating Office (Name and Office Designator)

Great Falls Resident Office (RM)

2. Name of Claimant

Bryan E. Lockerby, TFO

3. Claimant Social Security No.

[redacted]

4. This Voucher is being used for:

a. [X] Payment to Informant
- (1) [X] for Information and Expenses $2,000.00
- (2) [ ] for Reward $
- (3) [ ] for Security $
- (4) [ ] for Payment of Moiety Claim $

b. [ ] Purchase of Evidence $

5. EXPENDITURES

| a. File Number(s) | b. Amount | c. G-DEP Identifier | d. Exhibit No. |
|---|---|---|---|
| RM-92-Z003 | $ 2,000.00 | GN2-S1 | |
| | $ | | |
| | $ | | |

6a. Purchase of DRUG Evidence — Drug Code (See Reverse)

Quantity (Same as DEA-7)

OR

6b. NON-DRUG Evidence (Describe Purchase)

7. CERTIFICATION OF INFORMANT

I certify I received payment in the amount $2,000.00 dollars U.S. or the equivalent in another currency. If funds received are for the purchase of evidence, any unused funds shall be returned to the Government upon demand and any misappropriation will render me liable for prosecution.

Informant Code No. SRM-92-0014 (Sign LAST COPY only) Date 10/13/92

8. REMARKS:

Payment for expenses and October salary.

9. CERTIFICATION

a. PAYOR NAME: (Signature) Date 10/1/92 (Type name) Bryan E. Lockerby, TFO

b. WITNESS NAME: (Signature) Date 10/1/92 (Type name) Gregory M. Church, TFO

c. APPROVING SUPERVISOR NAME: (Signature) Date 10/1/92 (Type name) William G. Mountsier, ARAC

10. Approving Headquarters Official When Required

11. ACCOUNTING CLASSIFICATION

| Appropriation | Allowance Center | B/A | Incurring Center | Control No. | Program | Project | Benefitting Center | Object Class | Amount |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | [redacted] | 2,000.00 |

12. Signature of Authorized Certifying Officer — Date

13. Signature of Claimant — TFO Bryan Lockerby

14. Date 10/13/92

DEA Form — 103 (Aug. 1982)

Previous editions are Obsolete.

5 - Informant File

*See Instructions on Reverse before completing.*

**VOUCHER FOR PAYMENT FOR INFORMATION AND PURCHASE OF EVIDENCE**

Voucher No. ______

Schedule No. ______

PAID BY

PAID

93-013

**1. Originating Office (Name and Office Designator)**
Great Falls, MT

**2. Name of Claimant**
Wes Hearon

**3. Claimant Social Security No.**
[redacted]

**4. This Voucher is being used for:**
a. [X] Payment to Informant
(1) [X] for Information and Expenses $780.00
(2) [ ] for Reward $
(3) [ ] for Security $
(4) [ ] for Payment of Moiety Claim $
b. [ ] Purchase of Evidence $

**5. EXPENDITURES**

| a. File Number(s) | b. Amount | c. G-DEP Identifier | d. Exhibit No. |
|---|---|---|---|
| RM-92-2003 | $ 780.00 | GN2-51 | N/A |
| | $ | | |
| | $ | | |

**6a. Purchase of DRUG Evidence** Drug Code (See Reverse)
Quantity (Same as DEA-7) n/a

OR

**6b. NON-DRUG Evidence (Describe Purchase)** N/A

**CERTIFICATION OF INFORMANT**

I certify I received payment in the amount 780.00 dollars U.S. or the equivalent in another currency. If funds received are for the purchase of evidence, any unused funds shall be returned to the Government upon demand and any misappropriation will render me liable for prosecution.

Informant Code No. SR0-93-0004
(Sign LAST COPY only) [signature]
Date 10-14-92

**8. REMARKS:**

Payment for expenses made as follows:

| | | | |
|---|---|---|---|
| 10/4/92 | $50.00 | 10/5/92 | $350.00 |
| 10/6/92 | 100.00 | 10/7/92 | 60.00 |
| 10/8/92 | 60.00 | 10/9/92 | 100.00 |
| 10/11/92 | 20.00 | 10/12/92 | 40.00 |

**9. CERTIFICATION**

(Signature) [signature] Date 10-14-92

a. PAYOR NAME: (Type name) WES HEARON
(Signature) [signature] Date 10/14/92

b. WITNESS NAME: (Type name) William G. Mo[illegible]
(Signature) [signature] Date 10/14/92

c. APPROVING SUPERVISOR NAME: (Type name) William G. Mo[illegible]

**10. Approving Headquarters Official When Required**

**11. ACCOUNTING CLASSIFICATION**

| Appropriation | Allowance Center | B/A | Incurring Center | Control No. | Program | Project | Benefiting Center | Object Class | Amount |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | [redacted] | 780.00 |
| | | | | | | | | | |
| | | | | | | | | | |

**12. Signature of Authorized Certifying Officer** ______ Date ______

**13. Signature of Claimant** [signature]

**14. Date** 10/14/92

DEA Form - 103 (Aug. 1982)

Previous editions are Obsolete.

5 - Informant File

As of 10/7/92 I
TERRY BRUNNER have
received the following
monies from S/A
Wes Hearon

10/4/92 - $50.00
10/6/92 - $100.00
10/7/92 $60.00
10/8/92 $60.00
10/9/92 $100.00
10/11/92 $20.00 →
10/12/92 $40.00 →
10/5/92 $350.00
Total $780.00

witness S/A W.E. Hearon
witness S/A Mark Lecia

*See Instructions on Reverse before completing.*

# VOUCHER FOR PAYMENT FOR INFORMATION AND PURCHASE OF EVIDENCE

Voucher No. ____________

Schedule No. ____________

**1. Originating Office (Name and Office Designator)**
[illegible] (CO)

**2. Name of Claimant**
CO25 [illegible]

**3. Claimant Social Security No.**
[redacted]

**4. This Voucher is being used for:**

a. ☐ Payment to Informant
- (1) ☐ for Information and Expenses $
- (2) ☒ for Reward $ 2,500
- (3) ☐ for Security $
- (4) ☐ for Payment of Moiety Claim $

b. ☐ Purchase of Evidence $

PAID BY
**PAID**
93-016

**5. EXPENDITURES**

| a. File Number(s) | b. Amount | c. G-DEP Identifier | d. Exhibit No. |
|---|---|---|---|
| R[illegible]-2003 | $ 2,500 | GA2-SI | n/a |
| | $ | | |
| | $ | | |

**6a. Purchase of DRUG Evidence** ☐ Drug Code (See Reverse)
Quantity (Same as DEA-7) n/a

OR

**6b. NON-DRUG Evidence (Describe Purchase)**
n/a

**7. CERTIFICATION OF INFORMANT**

I certify I received payment in the amount of $2500 dollars U.S. or the equivalent in another currency. If funds received are for the purchase of evidence, any unused funds shall be returned to the Government upon demand and any misappropriation will render me liable for prosecution.

Informant Code No. [illegible] (signature) (Sign LAST COPY only) Date 10/21/92

**8. REMARKS:**

SRM-92-0014 was directly responsible for the seizure of 1.5 pounds of methamphetamine and cocaine from Michael SNIDER on 10/13/92.

**9. CERTIFICATION**

(Signature) [signature] Date 10/21/92

a. PAYOR NAME: (Type name) Wes D. Hearon, S/A

(Signature) [signature] RAC Date 10/21/92

b. WITNESS NAME: (Type name) Ben C. Yarbrough, RAC

(Signature) [signature] Date 10/21/92

c. APPROVING SUPERVISOR NAME: (Type name) Ben C. Yarbrough, RAC

**10. Approving Headquarters Official When Required**

**11. ACCOUNTING CLASSIFICATION**

| Appropriation | Allowance Center | B/A | Incurring Center | Control No. | Program | Project | Benefitting Center | Object Class | Amount |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | [redacted] | $ 2,500.00 |
| | | | | | | | | | |

**12.** Signature of Authorized Certifying Officer ____________ Date ____________

**13. Signature of Claimant** [signature] **14. Date** 10/21/92

DEA Form — 103 (Aug. 1982)

Previous editions are Obsolete.

5 - Informant File

*See Instructions on Reverse before completing.*

**VOUCHER FOR PAYMENT FOR INFORMATION AND PURCHASE OF EVIDENCE**

Voucher No. ____
Schedule No. ____

1. Originating Office (Name and Office Designator)
South Lake Tahoe Task Force
Reno RO (RA)

2. Name of Claimant
E. J. Schmidt

3. Claimant Social Security No.
[redacted]

4. This Voucher is being used for:
a. [X] Payment to Informant
(1) [XX] for Information and Expenses $ 300.00
(2) [ ] for Reward $
(3) [ ] for Security $
(4) [ ] for Payment of Moiety Claim $
b. [ ] Purchase of Evidence $

PAID BY

PAID

5. EXPENDITURES

| a. File Number(s) | b. Amount | c. G-DEP Identifier | d. Exhibit No. |
|---|---|---|---|
| RA-91-X034 | $ 300.00 | IG2-S2 | |
| | $ | | |
| | $ | | |

6a. Purchase of DRUG Evidence — Drug Code (See Reverse) [ ]
Quantity (Same as DEA-7)

OR 6b. NON-DRUG Evidence (Describe Purchase)

7. CERTIFICATION OF INFORMANT

I certify I received payment in the amount $300.00 dollars U.S. or the equivalent in another currency.
If funds received are for the purchase of evidence, any unused funds shall be returned to the Government upon demand and any misappropriation will render me liable for prosecution.

Informant Code No. SRM-92-0014 (Sign LAST COPY only) Date 11-10-92

8. REMARKS:
See debriefing of SRM-92-0014 on 11-10-92 by SA Dennis Baker.

9. CERTIFICATION

a. PAYOR NAME: (Signature) ____ Date 11-10-92
(Type name) E.J. Schmidt

b. WITNESS NAME: (Signature) ____ Date 11-10-92
(Type name) Dennis Baker

c. APPROVING SUPERVISOR NAME: (Signature) ____ Date ____
(Type name) Joel R. Gutensohn

10. Approving Headquarters Official When Required

11. ACCOUNTING CLASSIFICATION

| Appropriation | Allowance Center | B/A | Incurring Center | Control No. | Program | Project | Benefitting Center | Object Class | Amount |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | [redacted] | $300.00 |

12. Signature of Authroized Certifying Officer ____ Date ____ #0091 (RRO)

13. Signature of Claimant
E.J. Schmidt, TFA

14. Date
11-10-92

DEA Form (Aug. 1982) — 103

Previous editions are Obsolete.

Informant File

*See Instructions on Reverse before completing.*

**VOUCHER FOR PAYMENT FOR INFORMATION AND PURCHASE OF EVIDENCE**

Voucher No. ______
Schedule No. ______

PAID BY

PAID

93-031

1. Originating Office (Name and Office Designator): [illegible] (RM)

2. Name of Claimant: S/A Wes Hearon

3. Claimant Social Security No. [redacted]

4. This Voucher is being used for:
a. [X] Payment to Informant
(1) [X] for Information and Expenses $ Five hundred
(2) [ ] for Reward $
(3) [ ] for Security $
(4) [ ] for Payment of Moiety Claim $
b. [ ] Purchase of Evidence $

5. EXPENDITURES

| a. File Number(s) | b. Amount | c. G-DEP Identifier | d. Exhibit No. |
|---|---|---|---|
| RM-92-2003 | $ 500.00 | [illegible] | n/a |
| | $ | | |
| | $ | | |

6a. Purchase of DRUG Evidence — Drug Code (See Reverse) — Quantity (Same as DEA-7)
OR
6b. NON-DRUG Evidence (Describe Purchase)

7. CERTIFICATION OF INFORMANT

I certify I received payment in the amount of $500.00 dollars U.S. or the equivalent in another currency. If funds received are for the purchase of evidence, any unused funds shall be returned to the Government upon demand and any misappropriation will render me liable for prosecution.

Informant Code No. [illegible] (Sign LAST COPY only) Date 11/23/92

8. REMARKS:

Payment to CI for expenses incurred re RM-92-Z003. CI will be paid in full $2,000 at the end/close of this case.

9. CERTIFICATION

a. PAYOR NAME: (Signature) [signature] Date 11/23/92
(Type name) WES HEARON

b. WITNESS NAME: (Signature) [signature] Date 11/23/92
(Type name) [illegible] D. [illegible]

c. APPROVING SUPERVISOR NAME: (Signature) [signature] Date 11/23/92
(Type name) Ben C. Yarbrough, RAC

10. Approving Headquarters Official When Required

11. ACCOUNTING CLASSIFICATION

| Appropriation | Allowance Center | B/A | Incurring Center | Control No. | Program | Project | Benefitting Center | Object Class | Amount |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | [redacted] | $500.00 |
| | | | | | | | | | |
| | | | | | | | | | |

12. Signature of Authorized Certifying Officer ______ Date ______

13. Signature of Claimant ______ 14. Date ______

DEA Form — 103 (Aug. 1982) Previous editions are Obsolete. 5 - Informant File