U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**

Page 1 of 1

| | | | |
|---|---|---|---|
| 1. PROGRAM CODE | 2. CROSS FILE / RELATED FILES | 3. FILE NO. GFRM-92-4041 | 4. G-DEP IDENTIFIER IA2-CO |
| 5. BY: S/A Wes Hearon<br>AT: Great Falls RO | ☒ SRM-92-0014<br>☒ RM-92-Z003<br>☐<br>☐<br>☐ | 6. FILE TITLE<br>COSSACKS MOTORCYCLE CLUB | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | 8. DATE PREPARED<br>8/23/92 | |

9. OTHER OFFICERS: S/A Gale Williams

10. REPORT RE: Debriefing of SRM-92-0014 on 8/21/92.

DETAILS:

1. On 8/21/92, S/A's Wes Hearon and Gale Williams debriefed SRM-92-0014 at the Great Falls RO relating to the drug trafficking activities at CUSTOM MOTORCYCLES AND CARS (CMC) owned by Michael John SNIDER of Great Falls, MT. SRM-92-0014 related the following details.

2. SRM-92-0014 stated that he/she was working on 8/20/92 with Michael SNIDER and "Fat Bob" at CMC when a white male identified as Mick JACOBSON arrived at CMC riding a new two tone red Harley Sportster 1200 displaying paper tags with a expiration date of 8/22/92.

3. SRM-92-0014 told S/A's that when JACOBSON entered CMC, JACOBSON and SNIDER walked to the rear of the shop and JACOBSON gave SNIDER a sample of marijuana. SRM-92-0014 overheard JACOBSON tell SNIDER that he (JACOBSON) could obtain one pound of marijuana on 8/21/92 for SNIDER. After JACOBSON left CMC, SNIDER showed SRM-92-0014 the sample of marijuana and told SRM-92-0014 that he (SNIDER) would be obtaining more marijuana from JACOBSON on or about 8/21/92.

INDEXING:

[redacted]

| | | |
|---|---|---|
| 11. DISTRIBUTION:<br>REGION AMRI, OC<br>Seattle FD<br>DISTRICT<br>OTHER | 12. SIGNATURE (Agent)<br>S/A Wes Hearon | 13. DATE<br>10/2?/9? |
| | 14. APPROVED (Name and Title)<br>RAC Ben C. Yarbrough | 15. DATE<br>10/21/9? |

DEA Form 6 (May 1980) hmm 8/27/92

**DEA SENSITIVE**
DRUG ENFORCEMENT ADMINISTRATION
This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.
Previous edition may be used.

U.S. Department of Justice
Drug Enforcement Administra.

# REPORT OF INVESTIGATION

Page 1 of 1

| 1. PROGRAM CODE | 2. CROSS FILE / RELATED FILES | 3. FILE NO. | 4. G-DEP IDENTIFIER |
|---|---|---|---|
| | [X] SRM-92-0014 | GFRM-92-4041 | IA2-CO |
| 5. BY: S/A Wes Hearon AT: Great Falls RO | [X] RM-92-Z003 | 6. FILE TITLE COSSACKS MOTORCYCLE CLUB | |
| 7. [ ] Closed [ ] Requested Action Completed [ ] Action Requested By: | [ ] [ ] [ ] | 8. DATE PREPARED 8/26/92 | |

9. OTHER OFFICERS:

10. REPORT RE: Debriefing of SRM-92-0014 on 8/25/92.

DETAILS:

1. On 8/25/92, S/A Wes Hearon debriefed SRM-92-0014 by telephone from the Great Falls RO relating to the drug trafficking of Michael SNIDER. SRM-92-0014 related the following details.

2. SRM-92-0014 stated that he/she arrived at CUSTOM MOTORCYCLES AND CARS (CMC) at approximately 10:30 a.m. on 8/24/92 and observed SNIDER selling marijuana. SRM-92-0014 further stated that a white male known as Wesley HILL arrived at CMC and overheard SNIDER selling HILL one ounce of marijuana. SRM-92-0014 told S/A Hearon that when he/she was at CMC on 8/22/92, SNIDER didn't have money to pay for the rental of the CMC shop premises but on 8/24/92, SNIDER had a large sum of money on his (SNIDER) person. The CI was given the impression that SNIDER had obtained the marijuana sometime between 8/22/92 and 8/24/92 from Mick JACOBSON.

INDEXING:

[redacted]

3

| 11. DISTRIBUTION: | 12. SIGNATURE (Agent) | 13. DATE |
|---|---|---|
| REGION AMRI, OC Seattle FD | S/A Wes Hearon | 10/21/92 |
| DISTRICT | 14. APPROVED (Name and Title) | 15. DATE |
| OTHER | RAC Ben C. Yarbrough | 10/21/92 |

DEA Form - 6 (May 1980) hmm 8/27/92

DEA SENSITIVE
DRUG ENFORCEMENT ADMINISTRATION

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.
Previous edition may be used.

U.S. Department of Justice
Drug Enforcement Administration

REPORT OF INVESTIGATION

Page 1 of 2

| 1. PROGRAM CODE | 2. CROSS FILE / RELATED FILES | 3. FILE NO. | 4. G-DEP IDENTIFIER |
|---|---|---|---|
| | | RM-92-Z003 | GM2-S1 |
| 5. BY: TFA Bryan Lockerby AT: Great Falls RO | [X] GFRM-92-4041 [X] SRM-92-0014 [ ] [ ] [ ] | 6. FILE TITLE COSSACK MOTORCYCLE GANG | |
| 7. [ ] Closed [ ] Requested Action Completed [ ] Action Requested By: | | 8. DATE PREPARED 9/22/92 | |

9. OTHER OFFICERS: TFA Larry Renman

10. REPORT RE: Debriefing of SRM-92-0014 on 9/21/92

DETAILS:

1. On 9/18/92, TFA's Lockerby and Renman met with SRM-92-0014.

2. SRM-92-0014 related that he/she has observed three firearms that belong to Mike "Goat" SNIDER. The first weapon was described as a .44 caliber Ruger Blackhawk "Old Rebel" pistol, Serial number 140-27716 (NCIC Negative). This weapon was kept on the headboard of SNIDER'S waterbed at his residence.

3. Next to the bed, SNIDER keeps a single-shot shotgun with a sawed-off barrel, approximately 18" long. No serial number was visible.

4. At the CMC shop, the CI observed what he believed was a .32 caliber semi-auto pistol.

5. All three weapons were loaded.

6. SNIDER recently returned from a "run" to Helena, Butte, and Missoula. He supposedly assaulted an Indian, male, in Butte and put him in the hospital.

7. On 9/15/92, Debbie H. GEORGE was arrested by the Great Falls Police after she attempted to shoot SNIDER while at 905 6th St N.W., Great Falls, MT. SNIDER had apparently punched GEORGE as he was attempting to break up his relationship with her. His new girlfriend, Patty LIMA, was in the trailer when GEORGE pulled up and drew the gun. SNIDER escaped out of a back door and the police apprehended GEORGE shortly thereafter. She was in possession of a .22 caliber, semi-automatic handgun. (Refer to GFPD CR#25464)

8. GEORGE is on State probation for Aggravated Assault and Attempted Mitigated Deliberate Homicide. GEORGE will be charged with Probation Violation out of Lewis and Clark County, Felony Assault and other felony offenses by Cascade County, and Felon in Possession of Firearm by the U.S. Attorney's Office via ATF.

| 11. DISTRIBUTION: | 12. SIGNATURE (Agent) | 13. DATE |
|---|---|---|
| REGION AMRI, ODC Seattle FD | TFA Bryan Lockerby | 9/25/92 |
| DISTRICT | 14. APPROVED (Name and Title) | 15. DATE |
| OTHER | SAC Ben C. Yarbrough | 9/25/92 |

DEA Form - 6 (May 1980) hmm 9/22/92

DEA SENSITIVE
DRUG ENFORCEMENT ADMINISTRATION

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.
Previous edition may be used

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION *(Continuation)* | 1. FILE NO. RM-92-Z00[illegible] | 2. G-DEP IDENTIFIER GN2-S1 |
| --- | --- | --- |
| 4. Page 2 of 2 | 3. FILE TITLE COSSACK MOTORCYCLE GANG | |
| 5. PROGRAM CODE | 6. DATE PREPARED 9/22/92 | |

9. Following the disturbance, SNIDER debated moving out of the trailer. He later told SRM-92-0014 that he had changed his mind and he would be moving a mobile home onto the CMC lot where the shop complex is located and live there.

10. On the afternoon of the incident, Gary "Tipy" ROBERSON showed up at 905 6th St N.W., and asked SNIDER what he had. "Nothing, but we're not out of business though.", SNIDER responded. SRM-92-0014 stated that they were referring to methamphetamine.

11. SNIDER usually has marijuana available. Michael "Mick" JACOBSEN went over to the trailer recently and obtained 1/4 ounce of marijuana from SNIDER.

12. SRM-92-0014 stated that the female referred to as "The Bookkeeper" is known as "Susan" and she is involved in a relationship with ROBERSON. SNIDER recently gave Susan his paycheck that he earned from being a bouncer at the Playground Bar.

13. Additional debriefings to follow.

<u>INDEXING:</u>

[redacted]

Justice
Administration

## REPORT OF INVESTIGATION

Page 1 of 2

| | | | |
|---|---|---|---|
| 1. PROGRAM CODE | 2. CROSS FILE / RELATED FILES | 3. FILE NO. [illegible] | 4. G-DEP IDENTIFIER [illegible] |
| 5. BY: TFA Bryan Lockerby<br>AT: Great Falls RO | ☒ SRM-92-0014<br>☐<br>☐<br>☐<br>☐ | 6. FILE TITLE<br>COSSACKS MOTORCYCLE CLUB | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | 8. DATE PREPARED<br>9/24/92 | |

9. OTHER OFFICERS:

10. REPORT RE: Intelligence supplied by SRM-92-0014

DETAILS:

1. On the evening of 9/22/92, SRM-92-0014 contacted TFA Bryan Lockerby telephonically concerning additional information he had on Michael "Goat" SNIDER, et al.

2. While at the CMC shop on Vaughn Rd., the CI observed a letter addressed to "Goat" of "CMCN". The return post stamp and address was "ACMCN" from Reno, Nevada. The CI observed that it originated from "Animal" and was dated 9/19/92.

3. Messages to Goat included a call from TORPEDO, Channing Hartelius (Attorney), TURKEY (728-2821), and one from WALDO who asked ~~to be contacted~~ at the CLUBHOUSE. Phone number 728-2821 returns to LEONARD, R.M., approximately 27 yoa.
531 Colorado Ave
Missoula, MT (East Missoula).

4. SRM-92-0014 related that GOAT stated ~~when he was~~ ready to go "me and you will get in the car and go". He made arrangements for someone to cover for him at work. Referring to a trip to Reno, Nevada, where the two would obtain approximately one pound of methamphetamine.

5. The CI added that the previous day (yesterday), he again escorted GOAT to ADKINS residence where GOAT obtained approximately 2 ounces of marijuana in zip-lock bags. The CI also stated that GOAT obtained 40 Valium from "Tami" who reportedly went to a Doctor that day and obtained a prescription for 60 Valium.

6. The CI has met "Tami" at the Loading Zone Bar and she gave her phone number as 406-727-9233. The phone number returns to:

a) Effie GUNDERSON
1109 6 Ave North
Great Falls, MT 59401

| | | |
|---|---|---|
| 11. DISTRIBUTION:<br>REGION AMRI, ODC<br>Seattle FD<br>DISTRICT<br>OTHER | 12. SIGNATURE (Agent)<br>TFA Bryan Lockerby | 13. DATE<br>9/25/92 |
| | 14. APPROVED (Name and Title)<br>RAC Ben C. Yarbrough | 15. DATE<br>9/25/92 |

DEA Form - 6 (May 1980) bmm 9/24/92

DEA SENSITIVE
DRUG ENFORCEMENT ADMINISTRATION
This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.
Previous edition may be used.