**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TERRY C. BRUNNER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 98-554C |
| | ) | (Judge Wolski) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**SUGGESTION OF DEATH**

The United States respectfully files this suggestion of death regarding plaintiff Terry C. Brunner (also known as David J. Urso of Hernando, Florida).

A recent search of the Social Security Administration Death Index reveals that David J. Urso of Hernando, Florida died upon June 7, 2007. App. 1. Mr. Brunner used the alias "David J. Urso" prior to and after moving to Hernando Beach, Florida. See App. 3-4 ("My full legal name is David John Terry Brunner-Urso") 5-6 ("Wes Hearon did a background check on me with the RCMP and he found out I also went under David Urso") (excerpts from deposition of Terry C. Brunner/David J. Urso); 7-8 (Portage County, Wisconsin warrant list, showing that Terry C. Brunner was also known as David J. Urso); 9 (Florida vehicle registration information for David John Urso/Terry Brunner); 10-17 (Florida arrest records for "David Brunner Urso"). Compare App. 3 (excerpts from deposition of Terry C. Brunner/David J. Urso listing deponent's address as "P.O. Box 1424, P.O. Box 1424, Hernando, H-e-r-n-a-n-d-o, Florida, 34442 ZIP code") with 18 (people finder record for David Urso listing address as "PO Box 1424, Hernando, Florida, 34442-1424").

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification United
8th Floor
1100 L Street, NW
Washington, D.C.
Tel: (202) 616-2377
Fax: (202) 305-7643
Steven.Mager@usdoj.gov

OF COUNSEL:
RICHARD A. MEDEMA
Drug Enforcement Administration
Office of Chief Counsel
700 Army-Navy Drive
Arlington, VA 22202

July 27, 2007

**CERTIFICATE OF FILING**

I hereby certify that on this 27th day of July 2007, a copy of the foregoing "SUGGESTION OF DEATH," with attached appendix, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice