# APPENDIX TO SUGGESTION OF DEATH

# INDEX TO APPENDIX TO SUGGESTION OF DEATH

**DOCUMENT** **PAGE(S)**

Social Security Administration Death Index record for
David J. Urso (June 7, 2007). . . . . . . . . . 1

Excerpts from Deposition of Terry C. Brunner/David Urso
(June 27, 2000).. . . . . . . . . . . 2-6

Portage County, Wisconsin Sheriff's Department warrant list for
Terry C. Brunner/David J. Urso (http://www.co.portage.wi.us/
Sheriff's%20Dept/warrant%20list.htm). . . . . . . . . . 7-8

Florida vehicle registration information for David John Urso/Terry Brunner
(June 12, 2007).. . . . . . . . . . . 9

Florida arrest records for David Brunner Urso
(March 12, 2002). . . . . . . . . . 10-13

Florida arrest records for David Brunner Urso
(March 14, 2002). . . . . . . . . . 14-15

Florida arrest records for David Brunner Urso
(May 2, 2002).. . . . . . . . . . . 16-17

People finder record for David Urso
(June 30, 2007).. . . . . . . . . . . 18