Westlaw.

SSA DEATH RECORD

| | |
|---|---|
| Information Current Through: | 07/20/2007 |
| Database Last Updated: | 07/21/2007 |
| Update Frequency: | WEEKLY |
| Current Date: | 07/24/2007 |
| Source: | Social Security Administration Death Index |

**IDENTIFYING INFORMATION**

| | |
|---|---|
| Name: | **DAVID J URSO** |
| SSN: | 110-36-XXXX |
| State Where SSN Issued: | NEW YORK |

**INFORMATION REGARDING DECEASED**

| | |
|---|---|
| Date of Birth: | 11/14/1945 |
| Date of Death: | 06/07/2007 |
| Age at Death: | 61 |
| Verification of Death: | (V) Report verified with a family member of someone acting on behalf of the family. |
| Last Residence: | HERNANDO, **FL** 34442 |

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---------------------------------------------

TERRY C. BRUNNER,

Plaintiff,

-vs- No. 98-554C

THE UNITED STATES,

Defendant.

---------------------------------------------

Deposition of TERRY C. BRUNNER, held before Audrey Minkel, Notary Public, at 138 Delaware Avenue, Fourth Floor Conference Room, Buffalo, New York, on Tuesday, June 27, 2000 at 10:50 a.m., pursuant to notice.

APPEARANCES: GUSTAFSON & ROHRER
BY: GALE R. GUSTAFSON, ESQ.,
400 South Main Street, Suite 101
Conrad, Montana 59425
(406)278-7521
Attorneys for the Plaintiff
(Appearing via telephone)

DAVID W. OGDEN, ACTING ASSISTANT ATTORNEY GENERAL
BY: MARK L. JOSEPHS, TRIAL ATTORNEY
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
(202)307-6288
Attorneys for the Defendant

MR. GUSTAFSON: No address will be given for Terry Brunner, he will not be afforded witness protection and he will not give his address for the protection of his son, Cody, and others residing with him. The Department of Justice has reneged on their promise to afford him witness protection so he's not going to give a physical address.

THE WITNESS: Mailing address be sufficient?

MR. GUSTAFSON: I need to hear what's going on.

THE WITNESS: Would you be satisfied with a post office address?

MR. GUSTAFSON: I have no objection to a P.O. address.

MR. JOSEPHS: Go ahead.

THE WITNESS: P.O. Box 1424, P.O. Box 1424, Hernando, H-e-r-n-a-n-d-o, Florida, 34442 ZIP code.

EXAMINATION BY MR. JOSEPHS:

Q. Mr. Brunner, are you the Plaintiff in Brunner versus United States, No. 98-554C in the Court of Federal Claims?

A. Yes, sir.
Q. And are you appearing pursuant to a notice of deposition in this case?
A. Yes, sir.
Q. Have you ever gone by any other names other than Terry C. Brunner?
A. Yes, sir.
Q. What names are those?
A. My full legal name is David John Terry Brunner-Urso, B-r-u-n-n-e-r - U-r-s-o. This here, what I'm showing you, will show the full legal name.
MR. GUSTAFSON: What are you showing, Terry?
MR. JOSEPHS: On the record, you can spell it on the record, I don't need to see anything here.
MR. GUSTAFSON: I'm concerned of course about a disclosure of physical evidence.
THE WITNESS: No, he doesn't have anything of that nature.
Q. Sir, have you ever been deposed before?
A. I'm not sure what that means.
Q. Well, have you given any testimony before?
A. Yes.

A. Yes.
Q. Would you have given testimony or other intelligence information at the Grand Jury session that would have resulted in the indictment of this Tammy Jean Hoffman?
A. Yes.
Q. And possibly one other party from Butte?
A. Possibly.
Q. This is in reference to selling drugs in the proximity of a school?
A. Yes.
Q. Okay. Now, when you went to work for the Drug Enforcement Administration, they did a background check on you; is that correct?
A. Yes.
Q. Did they come up with anything negative on you?
A. Not to my knowledge.
Q. And you gave them your fingerprints?
A. Yes.
Q. As well as your name, Terry Clarence Brunner?
A. I gave them that name and Wes Hearon did a background check on me with the RCMPs and he found out that I also went under David Urso.

Q. And you gave them your Social Security number?
A. I gave them an assumed number.
Q. Okay. You gave them your birth date?
A. An assumed.
Q. Okay. What was the reason for fingerprinting, do you know?
A. They do that to everybody, fingerprints and picture.
Q. So they took your picture as well as your fingerprints; is that correct?
A. They sure did.
Q. Did they use these as preliminary or as part of their background check?
A. I imagine they did. They called London, Ontario, talked to one of the -- what do they call them up there -- investigators up there that had worked with me.
Q. Who is that, do you recall?
A. I don't remember his name.
Q. Okay. Now, you mentioned early in your testimony today that this agreement when it was signed August 3, 1992, that there was discussion about your compensation; is that correct?

# PORTAGE COUNTY WISCONSIN

## Portage County Sheriff's Department Warrant List

The Portage County Sheriff's Department holds active warrants for the persons listed below. This list is current at the time of posting. If you know the whereabouts or have any knowledge of any of these persons, call the Portage County Sheriff's Department at 715-346-1400 or your local law enforcement agency. Your identity will be held in strict confidence. You may also email the Portage County Sheriff's Department with the information. sheriff@co.portage.wi.us **DO NOT ATTEMPT TO APPREHEND ANY OF THE LISTED PERSONS**. The Portage County Sheriff's Department must verify all warrants before any action is taken.

If you see your name listed below, you can contact the Portage County Sheriff's Department or your local law enforcement agency or **click here to pay on-line** to take care of the warrant. This list will change on a regular basis, so if you see your name posted here after you have taken care of the warrant and prior to the change, please let us know so it can be removed.

A B C D E F G H I J K L M N O P QR S T U V W X Y Z

| Name | Alias | Date Of Birth | Last Known Address |
|---|---|---|---|
| Abraham-Simonson, Tammee L | Abraham, Tammee L.<br>Simonson, Tammee L | 1-11-61 | 1922 Ulysses St NE<br>Minneapolis , MN |
| Ackles, Patrick R | | 2-26-78 | 82 N Common Rd<br>Westminster, MA 01473 |
| Acosta, Alexander | Acosta, Alexander N | 2-17-75 | 2901 Frontenac Ave<br>Stevens Point, WI 54481 |
| Acosta, Renaldo | | 7-16-81 | Dodge Correctional<br>Waupun, WI 53205 |
| Adams, Anthony L | | 9-02-80 | 951 Stone St<br>Kankakee, IL 60901 |
| Addison, Keith F | Addison, Bradley<br>Herman, Benjamin C<br>Johnson, Kevin<br>Miller, Clayton J | 5-16-63 | 2021 N 56 Avenue<br>Hollywood, FL 33021 |
| Aguirre, Arnoldo V | Auirre-Vasquez, Arnoldo<br>Vasquez, Arnoldo A | 6-09-69 | PO Box 9209<br>Alamo, TX 78516 |

| | | | |
|---|---|---|---|
| | | | Villa Ridge, MO 63089 |
| Brunner, Kimberly A | Bender, Kimberly A | 5-27-63 | Unknown |
| Brunner, Terry C | Urso, David J | 1-14-45 | PO Box 349<br>Inglis, Fl 34449 |
| Brzezinski, Blaine M. | | 3-10-62 | Unknown |
| Buchholz, Betty J | | 1-15-60 | 710 E Alfred St #18<br>Weyauwega, WI |
| Buchholz, Ralph C | Bucholz, Ralph | 5-07-51 | No 2 County Garage Rd<br>Alder, MT 59710 |
| Bullock, Amy G | | 11-04-72 | PO Box 11<br>Pendleton, TX 76564 |
| Bunge, Sean D | | 7-27-83 | 201 N Donaghey<br>Conway, AR 72034 |
| Burdick, Joshewa N | Burdick, Joshewa A | 9-21-83 | 4536 Bryan St<br>Dallas, TX 75204 |
| Burkett, Kevin L | | 12-09-72 | 16010 S Lathrop<br>Harvey, IL 60426 |
| Burris, Larry D | | 1-01-73 | Unknown |
| Buth, Marvin E | | 9-22-31 | 115 Lenhart Manor<br>Burnsville, MN 56544 |
| Bynog, Eddie Dean | Bunog, Eddie D<br>Bynog, Eddie | 10-07-66 | 3425 Church St #17<br>Stevens Point, WI |
| | | | |
| Cabelloro, Rafael | Alba, Jesus | 3-18-75 | Unknown |
| Caccavale, Dominic J | | 4-13-71 | 544 Analomink Road E<br>Stroudsburg, PA 18301 |
| Caho, Wade H | Caho, Wade Herman | 1-09-83 | 4405 W Elvado Rd.<br>Tucson, AZ 85706 |
| Cain, Daniel H | | 1-26-55 | 1829 Pardee Sr<br>Wausau, WI 54401 |
| Caltenco, Raul C | Carique, Raul C | 9-05-55 | 122 N Scott St<br>Wautoma, WI 54982 |
| Calvert, Lee R | Calvert, Richard<br>Lee, Calvert Richard<br>Richard, Calvert Richard | 9-28-68 | 13230 Moonherd Road<br>Prairie, MI 39756 |
| Campos, Raul | Campos, Raul C<br>Rodriguez, Javier | 7-20-71 | 1159 Day St<br>Green Bay, WI 54302 |
| Cardona, Mayra A | | 5-30-83 | 1908 Wood Drive S<br>Eagle Pass, TX 78852 |
| Carrillo, Ruben A | | 11-07-84 | 130 Eagle Dr<br>Mercedes, TX 78570 |
| | | | 2430 W Charles St |

Westlaw.

**MOTOR VEHICLE RECORD**

| | |
|---|---|
| Information current through: | 06-12-2007 |
| Database Updated: | 06-26-2007 |
| Update Frequency: | MONTHLY |
| Current Date: | 07/24/2007 |
| Source: | FL DEPT. OF HIGHWAY SAFETY & MOTOR VEHICLES |
| Record Type: | COMBINED RECORD |

**VEHICLE INFORMATION**

| | |
|---|---|
| Vehicle Type: | PASSENGER VEHICLE |
| Model Year: | 1984 |
| Make: | FORD TRUCK |
| Body Style: | VAN |
| Series/Model: | E150 ECONOLINE INCOMPLETE |
| Color: | BLUE |
| License Plate: | V40BDR |
| Plate State: | FL |
| VIN: | 1FDDE14F0EHA79150 |
| Renewed Date: | 11/08/2002 |
| Expiration Date: | 11/14/2003 |

**OWNER/REGISTRANT INFORMATION**

| | |
|---|---|
| Registrant Since: | 12/03/2001 |
| Name: | **DAVID JOHN URSO** |
| Owner Type: | INDIVIDUAL |
| Approximate Date of Birth: | 11/1945 |
| Interest: | REGISTRANT |
| Mailing Address: | PO BOX 345<br>INGLIS, FL 34449-0345 |
| County: | LEVY |
| Name: | TERRY BRUNNER |
| Owner Type: | INDIVIDUAL |
| Approximate Date of Birth: | 01/1945 |
| Interest: | OWNER |
| Mailing Address: | PO BOX 1424<br>HERNANDO, FL 34442-1424 |
| County: | CITRUS |

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.

**ADMINISTRATIVE OFFICE OF THE COURTS RECORD**

| | |
|---|---|
| Offense Information Current Through: | 09-09-2003 |
| File Last Updated: | 11-10-2003 |
| Current Date: | 07/24/2007 |
| Source: | ADMINISTRATIVE OFFICE OF THE COURTS, FL |

**DEFENDANT INFORMATION**

| | |
|---|---|
| Name: | **URSO DAVID** JOHN |
| Date of Birth: | 11/14/1945 |
| Gender: | MALE |
| Race: | WHITE |

**ARREST INFORMATION**

| | |
|---|---|
| Date of Arrest: | 03/12/2002 |
| Name Used at Arrest: | URSO DAVID BRUNNER |

**COURT & CASE INFORMATION**

| | |
|---|---|
| Court: | CIRCUIT COURT |
| Case Number: | 02000224CFMA |
| Charges Filed Date: | 08/14/2002 |
| Type of Trial: | NONE - NO TRIAL REQUIRED |
| Verdict: | ADJUDICATION WITHHELD |
| Verdict Date: | 09/04/2002 |
| Disposition: | FILED - 08/14/2002 |
| Attorney Type: | PRIVATE ATTORNEY |

Fine Amount Ordered: $365.00

**CURRENT CHARGE OR OFFENSE INFORMATION**

Date of Offense: 03/12/2002

Location of Offense: LEVY

Number of Counts/Crimes: 1

Statute Violated: 827.03(1c)

Class of Offense: FELONY

Add'l Information Related to Crime: THIRD DEGREE

**PLEA INFORMATION**

Original Plea: NOLO-CONTENDERE

**SENTENCE INFORMATION**

Sentence Imposed Date: 09/04/2002

**PROBATION INFORMATION**

Length of Probation: 5 YEAR(S)

*The preceding record is for informational purposes only and is not the official record. This information is not warranted for accuracy or completeness. For copies of the official record (of conviction or incarceration), contact the agency or court.*

*This information is not to be used for any purpose regulated by the fair credit reporting act including employment screening or in violation of any local or state law.*

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

END OF DOCUMENT

Westlaw.

DEPARTMENT OF CORRECTION RECORD

| | |
|---|---|
| Offense Information Current Through: | 07-16-2007 |
| File Last Updated: | 07-19-2007 |
| Current Date: | 07/24/2007 |
| Source: | DEPARTMENT OF CORRECTIONS, FL |

**OFFENDER INFORMATION**

| | |
|---|---|
| Offender Name: | **URSO DAVID** |
| Last Known Address: | FL |
| Date of Birth: | 11/14/1945 |
| State of Birth: | NY |
| Gender: | MALE |
| Race: | WHITE |
| Eye Color: | BROWN |
| Height: | 5 FT. 8 IN. |

**COURT & CASE INFORMATION**

| | |
|---|---|
| Case Number: | 0200224 |

**CURRENT CHARGE OR OFFENSE INFORMATION**

| | |
|---|---|
| Date of Offense: | 03/12/2002 |
| Location of Offense: | LEVY |
| Statute Violated: | FL ST 827.04(1) |
| Offense Charged: | CHILD ABUSE-NEGLECT |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Current Status: ACTIVE PROBATIONER

**SENTENCE INFORMATION**

Sentence Imposed Date: 09/04/2002

**INCARCERATION INFORMATION**

Inmate Number: G08576

**PAROLE INFORMATION**

Probation or Parole Status: ACTIVE

Supervised By: LEVY

**PROBATION INFORMATION**

Probation Begin Date: 09/04/2002

Probation Scheduled End Date: 09/03/2007

*The preceding record is for informational purposes only and is not the official record. This information is not warranted for accuracy or completeness. For copies of the official record (of conviction or incarceration), contact the agency or court.*

*This information is not to be used for any purpose regulated by the fair credit reporting act including employment screening or in violation of any local or state law.*

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

END OF DOCUMENT

Westlaw.

ADMINISTRATIVE OFFICE OF THE COURTS RECORD

| | |
|---|---|
| Offense Information Current Through: | 09-09-2003 |
| File Last Updated: | 11-10-2003 |
| Current Date: | 07/24/2007 |
| Source: | ADMINISTRATIVE OFFICE OF THE COURTS, FL |

**DEFENDANT INFORMATION**

| | |
|---|---|
| Name: | URSO DAVID BRUNNER |
| Date of Birth: | 11/14/1945 |
| Gender: | MALE |
| Race: | WHITE |

**ARREST INFORMATION**

| | |
|---|---|
| Date of Arrest: | 03/14/2002 |
| Name Used at Arrest: | URSO DAVID BRUNNER |

**COURT & CASE INFORMATION**

| | |
|---|---|
| Court: | COUNTY COURT |
| Case Number: | 02000469MMMA |
| Charges Filed Date: | 04/19/2002 |
| Disposition: | TRANSFERRED TO ANOTHER COURT - 04/19/2002 |
| Attorney Type: | PUBLIC DEFENDER |

**CURRENT CHARGE OR OFFENSE INFORMATION**

| | |
|---|---|
| Date of Offense: | 03/12/2002 |

| | |
|---|---|
| Location of Offense: | LEVY |
| Number of Counts/Crimes: | 1 |
| Statute Violated: | 784.03 |
| Class of Offense: | MISDEMEANOR |
| Add'l Information Related to Crime: | FIRST DEGREE |

*The preceding record is for informational purposes only and is not the official record. This information is not warranted for accuracy or completeness. For copies of the official record (of conviction or incarceration), contact the agency or court.*

*This information is not to be used for any purpose regulated by the fair credit reporting act including employment screening or in violation of any local or state law.*

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

END OF DOCUMENT

Westlaw.

**ADMINISTRATIVE OFFICE OF THE COURTS RECORD**

| | |
|---|---|
| Offense Information Current Through: | 09-09-2003 |
| File Last Updated: | 11-10-2003 |
| Current Date: | 07/24/2007 |
| Source: | ADMINISTRATIVE OFFICE OF THE COURTS, FL |

**DEFENDANT INFORMATION**

| | |
|---|---|
| Name: | **URSO DAVID** BRUNNER |
| Date of Birth: | 11/14/1945 |
| Gender: | MALE |
| Race: | WHITE |

**ARREST INFORMATION**

| | |
|---|---|
| Date of Arrest: | 05/02/2002 |
| Name Used at Arrest: | URSO DAVID BRUNNER |

**COURT & CASE INFORMATION**

| | |
|---|---|
| Court: | CIRCUIT COURT |
| Case Number: | 02000264CFMA |
| Disposition: | DROPPED/ABANDONED - 09/06/2002 |
| Attorney Type: | PRIVATE ATTORNEY |

**CURRENT CHARGE OR OFFENSE INFORMATION**

| | |
|---|---|
| Date of Offense: | 05/02/2002 |
| Location of Offense: | LEVY |

| | |
|---|---|
| Number of Counts/Crimes: | 1 |
| Statute Violated: | 784.048 |
| Class of Offense: | FELONY |
| Add'l Information Related to Crime: | THIRD DEGREE |

*The preceding record is for informational purposes only and is not the official record. This information is not warranted for accuracy or completeness. For copies of the official record (of conviction or incarceration), contact the agency or court.*

*This information is not to be used for any purpose regulated by the fair credit reporting act including employment screening or in violation of any local or state law.*

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

END OF DOCUMENT

Westlaw.

PEOPLE FINDER - HISTORIC TRACKER RECORD

| | |
|---|---|
| Information Current Through: | 06-30-2007 |
| Database Last Updated: | 07-09-2007 |
| Update Frequency: | MONTHLY |
| Current Date: | 07/24/2007 |
| Source: | TRANS UNION |

INDIVIDUAL INFORMATION

| | |
|---|---|
| Name: | URSO, DAVID |
| SSN: | 110-36-XXXX |
| Date of Birth: | 11/1945 |
| On File Since: | 08/01/1999 |

CURRENT ADDRESS INFORMATION

| | |
|---|---|
| Current Address: | PO BOX 1424<br>HERNANDO, FL 34442-1424 |
| Address Last Reported: | 07/01/1999 |

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.