**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TERRY C. BRUNNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | 98-554C |
| | ) | (Judge Wolski) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE AND REPLY BRIEF**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully responds to plaintiff's motion to extend. Defendant does not oppose an extension of time of 90 days to permit plaintiff to file a response and reply brief to our cross-motion for summary judgment upon damages in this matter. Indeed, RCFC 25(a) specifically contemplates permitting such time for a plaintiff's estate to be organized, and professional courtesy demands no less.

However, the Government opposes an indefinite extension, because plaintiff's representative, once appointed, ultimately will have an obligation to substitute for the party in this case, pursuant to RCFC 25, and to proceed forward in this case. Indeed, plaintiff died upon June 7, 2007, and accordingly was deceased at the time that plaintiff's counsel filed his motion for summary judgment, and at the time that the Government filed its cross-motion and response, with no delay in either parties' filings.

In any event, the Government will duly consider consenting to subsequent requests for an extension as professional courtesy demands. In order to avoid unnecessary briefing in the future

on such extensions, the Government respectfully requests that the Court remind counsel for the plaintiff to comply with Rule 6.1's requirement that motions for an enlargement of time "include a representation that the moving party has discussed the motion with opposing counsel."

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification United
8th Floor
1100 L Street, NW
Washington, D.C.
Tel: (202) 616-2377
Fax: (202) 305-7643
steven.mager@usdoj.gov

OF COUNSEL:
RICHARD A. MEDEMA
Drug Enforcement Administration
Office of Chief Counsel
700 Army-Navy Drive
Arlington, VA 22202

August 14, 2007

**CERTIFICATE OF FILING**

I hereby certify that on this 14h day of August, 2007, a copy of the foregoing "DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE AND REPLY BRIEF" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice