# In the United States Court of Federal Claims

No. 98-554C
(Filed September 4, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * * *
**TERRY C. BRUNNER,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the plaintiff's motion for an enlargement of time to file plaintiff's reply brief in support of plaintiff's motion for summary judgment and brief opposing defendant's cross-motion for summary judgment. The defendant does not oppose an enlargement of time of 90 days and further extensions of time as needed to appoint a personal representative to administer the plaintiff's estate. The Court **GRANTS** plaintiff's motion as consented to by the defendant for an enlargement of time of 90 days. The reply brief in support of plaintiff's motion for summary judgment and brief opposing defendant's cross-motion for summary judgment shall be filed on or by **December 3, 2007**. If plaintiff's counsel finds that circumstances require additional time, due to difficulties in selecting a representative to administer plaintiff's estate, counsel should not hesitate to request additional extensions.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge