Gale R. Gustafson
GUSTAFSON & ROHRER
Attorneys At Law
400 South Main Street, Suite 101
Conrad, Montana 59425
Telephone: (406) 278-7521
Facsimile: (406) 278-7522
Counsel for Plaintiff, Terry C. Brunner

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TERRY C. BRUNNER, | * | |
| Plaintiff, | * | |
| v. | * | No. 98-554C |
| THE UNITED STATES, | * | (Judge Wolski) |
| Defendant. | * | |

**PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO FILE
PLAINTIFF'S REPLY BRIEF IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AND BRIEF OPPOSING DEFENDANT'S CROSS-MOTION
FOR SUMMARY JUDGMENT**

Pursuant to this Court's September 3, 2007 Order, the Plaintiff, TERRY C. BRUNNER, via his undersigned attorney, respectfully requests an enlargement of time within which to file his Plaintiff's Reply Brief In Support Of Plaintiff's Motion For Summary Judgment And Brief Opposing Defendant's Cross-Motion For Summary Judgment. This reply brief is currently due to be filed on Monday, December 3, 2007 and this request is Plaintiff's first request for such an extension. This request is based upon the fact that counsel for the Plaintiff has been unable to locate any family members of the Plaintiff that can assume the role as Personal Representative of Plaintiff's Estate. Attorney for the Plaintiff has been working with Henry Stephen Pennypacker,

an attorney with Florida's Department of Children & Family Services, to locate a living relative of Plaintiff's only surviving child, Cody Brunner Urso, D/O/B 2/25/92, including Cody's mother and Plaintiff's ex-wife, Kimberly Ann Bender Brunner, believed to be deceased, and his half sister, Brittney, an adult. Undersigned counsel was informed this morning by Attorney Pennypacker that the Department of Children & Family Services has been unable to date to locate any surviving family members of Plaintiff's son, Cody, age 15, notwithstanding the fact that said Department has pursued such inquiries since it assumed or arranged for the foster care of Cody as Dependency Care Case following his father's death on June 7, 2007. Due to this fact, the Department of Children & Family Services will be requesting that an Attorney or Guardian Ad Litem be appointed by the Dependancy Court in Bronson, Levy County, Florida which only is in session every two weeks. Once the Court appoints an Attorney or Guardian Ad Litem for Plaintiff's son, said Attorney or Guardian Ad Litem will be able to commence the probate proceedings for Plaintiff's Estate and have a Personal Representative appointed therefor. Therefore, Plaintiff's attorney requests an extension of sixty (60) days to file Plaintiff's Reply Brief In Support Of Summary Judgment And Opposing Defendant's Cross-Motion For Summary Judgment to provide for adequate time for the appointment of an Attorney or Guardian Ad Litem and commencement of a Florida probate proceeding, taking into consideration the upcoming holiday season, to prepare said Brief.

WHEREFORE, the Plaintiff respectfully requests that the Court grant this motion for an enlargement of time of sixty (60) days for Plaintiff's counsel to have an Attorney or Guardian Ad Litem appointed, a Florida probate proceeding commenced, and a Personal Representative appointed for Plaintiff's Estate and to prepare and file PLAINTIFF'S REPLY BRIEF IN

SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND BRIEF OPPOSING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT.

DATED this _____ day of December, 2007.

Respectfully submitted,

GUSTAFSON & ROHRER

/s/Gale R. Gustafson
Gale R. Gustafson
Attorney At Law
400 South Main Street, Suite 101
Conrad, Montana 59425
Telephone: (406) 278-7521
Facsimile: (406) 278-7522
Counsel for Plaintiff, Terry C. Brunner

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 3rd day of December 2007, an electronic copy of PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND BRIEF OPPOSING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT to:

Steven Mager
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, DC 20530
Attorneys for Defendant

/s/Gale R. Gustafson
Gale R. Gustafson