# In the United States Court of Federal Claims

No. 98-554C
(Filed December 10, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * *
*
**TERRY C. BRUNNER,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the plaintiff's unopposed motion for an enlargement of time to file plaintiff's reply brief in support of plaintiff's motion for summary judgment and brief opposing defendant's cross-motion for summary judgment. The Court **GRANTS** plaintiff's motion for an enlargement of time of 60 days. The reply brief in support of plaintiff's motion for summary judgment and brief opposing defendant's cross-motion for summary judgment shall be filed on or by **February 1, 2008**. If plaintiff's counsel finds that circumstances require additional time, due to difficulties in selecting a representative to administer plaintiff's estate, counsel should not hesitate to request additional extensions.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge