Gale R. Gustafson
GUSTAFSON & ROHRER
Attorneys At Law
400 South Main Street, Suite 101
Conrad, Montana 59425
Telephone: (406) 278-7521
Facsimile: (406) 278-7522
Counsel for Plaintiff, Terry C. Brunner

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TERRY C. BRUNNER, | * | |
| Plaintiff, | * | |
| v. | * | No. 98-554C |
| THE UNITED STATES, | * | (Judge Wolski) |
| Defendant. | * | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND BRIEF OPPOSING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to this Court's December 10, 2007 Order, the Plaintiff, TERRY C. BRUNNER, via his undersigned attorney, respectfully requests an enlargement of time within which to file his Plaintiff's Reply Brief In Support Of Plaintiff's Motion For Summary Judgment And Brief Opposing Defendant's Cross-Motion For Summary Judgment. This reply brief is currently due to be filed on Friday, February 3, 2008 and this request is Plaintiff's second request for such an extension. This request is based upon the fact that counsel for the Plaintiff has been working with Henry Stephen Pennypacker, an attorney with Florida's Department of Children & Family Services, who has been pursuing an appointment of an Attorney or Guardian Ad Litem for the

Decedent Plaintiff's minor son, Cody Brunner Urso, by the Dependancy Court of the Circuit Court of the 8th Judicial Circuit in Bronson, Levy County, Florida which is only in session every two weeks. Undersigned counsel for Plaintiff was just advised that the Court granted the Motion for an Attorney ad Litem and appointed Ronald Stevens, Esq., an attorney in Bronson, Florida (Levy County) as the Attorney or Guardian Ad Litem for Plaintiff's son. Attorney Ronald Stevens, as Attorney Ad Litem, has advised undersigned counsel that he will be commencing the probate proceedings for Plaintiff's Estate and seeking his appointment as Personal Representative therefor and will need no less than thirty (30) days to accomplish said appointment. Therefore, Plaintiff's attorney requests an extension of forty-five (45) days to file Plaintiff's Reply Brief In Support Of Summary Judgment And Opposing Defendant's Cross-Motion For Summary Judgment, to ensure a Probate proceeding has been commenced and a Personal Representative has been appointed, along with time to prepare said Brief.

WHEREFORE, counsel for the Plaintiff respectfully requests that the Court grant this motion for an enlargement of time of forty-five (45) days for Plaintiff's counsel to ensure a Probate proceeding has been commenced and a Personal Representative has been appointed, along with time to prepare and file PLAINTIFF'S REPLY BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND BRIEF OPPOSING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT.

DATED this _____ day of January, 2008.

Respectfully submitted,

GUSTAFSON & ROHRER

/s/Gale R. Gustafson

Gale R. Gustafson
Attorney At Law
400 South Main Street, Suite 101
Conrad, Montana 59425
Telephone: (406) 278-7521
Facsimile: (406) 278-7522
Counsel for Plaintiff, Terry C. Brunner

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 31st day of January, 2008, an electronic copy of PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND BRIEF OPPOSING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT to:

Steven Mager
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, DC 20530
Attorneys for Defendant

/s/Gale R. Gustafson
Gale R. Gustafson