# In the United States Court of Federal Claims

No. 98-554C
(Filed February 8, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *
*
**TERRY C. BRUNNER,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the plaintiff's motion for an enlargement of time to file plaintiff's reply brief in support of plaintiff's motion for summary judgment and brief opposing defendant's cross-motion for summary judgment. Chambers has contacted defendant's counsel and learned that the government does not oppose this motion. Plaintiff is reminded that pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), a party moving for an enlargement of time must represent that he has discussed the motion with opposing counsel and include a statement indicating whether opposition will be filed. If opposing counsel cannot be contacted, the moving party must explain the efforts that were made to do so. RCFC 6.1.

The Court **GRANTS** plaintiff's motion for an enlargement of time of 45 days. The reply brief in support of plaintiff's motion for summary judgment and brief opposing defendant's cross-motion for summary judgment shall be filed on or by **March 17, 2008**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge