IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TERRY C. BRUNNER, | * | No. 98-554C<br>(Judge Wolski) |
| Plaintiff, | * | |
| v. | * | |
| THE UNITED STATES, | * | PLAINTIFF BRUNNER'S RULE 25(a)<br>MOTION FOR SUBSTITUTION -<br>STATEMENT IN SUPPORT THEREOF |
| Defendant. | * | |

COMES NOW, the Estate of TERRY C. BRUNNER, via its undersigned counsel, and pursuant to Rule 25(a) Rules of the United States Court Of Federal Claims, and moves for the substitution of RONALD W. STEVENS, Attorney At Law, of Bronson, Florida, who has been duly appointed the Personal Representative of the Estate of DAVID JOHN URSO, a/k/a DAVID CHARLES URSO, a/k/a TERRY C. BRUNNER, Deceased, for the Plaintiff herein, TERRY C. BRUNNER, who died on June 7, 2007 while residing in Levy County, Florida with his minor son, Cody Brunner Urso, who is the Decedent's only heir apparent. A true and correct copy of the LETTER S OF ADMINISTRATION issued by Circuit Judge David A. Grant and filed in In Re The Estate Of DAVID JOHN URSO, a/k/a DAVID CHARLES URSO, a/k/a TERRY C. BRUNNER, Deceased, Case No. 38-2008CP-00043, of the Circuit Court of the Eighth Judicial Circuit, In And For Levy County, Florida, are attached hereto and made a part hereof by this reference as though fully set forth herein. As this Court is well aware the delay in presentation of this request was due to several factors, including the undersigned counsel's lack of knowledge of his client's death and the search by Attorney H. Steven Pennypacker of Children's Legal Services, Department of Children and Family Services, Circuits 3 and 8, State of Florida and his

offices to locate a living relative of the Decedent's minor son, Cody Brunner Urso, who, if of legal age, would have priority to be appointed as Guardian/Conservator of Cody and Personal Representative of the Decedent's Estate. Undersigned counsel has spoken with Steven Mager, counsel for the Defendant, United States, and he has stated that he does not oppose this Motion.

WHEREFORE, the Estate of the Plaintiff, TERRY C. BRUNNER, Deceased, via said Estate's Personal Representative, RONALD W. STEVENS, respectfully prays this Court for its Order allowing his substitution as the party plaintiff herein.

DATED this 17th day of March, 2008.

Respectfully submitted,

GUSTAFSON & ROHRER

/s/ Gale R. Gustafson
Gale R. Gustafson
400 South Main Street, Suite 101
Conrad, Montana 59425
Telephone: (406) 278-7521
Facsimile: (406) 278-7522
Counsel for Plaintiff, Estate of Terry C. Brunner, Deceased, Ronald W. Stevens, Personal Representative

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2008, a copy of PLAINTIFF BRUNNER'S RULE 25(a) MOTION FOR SUBSTITUTION - STATEMENT IN SUPPORT THEREOF was sent via electronic notification to:

Steven Mager
Trial Attorney
Commercial Litigation Branch, Civil Division
United States Department of Justice
Washington, D.C. 20530
Attorney for Defendant

/s/ Gale R. Gustafson
Gale R. Gustafson