Gale R. Gustafson
GUSTAFSON & ROHRER
Attorneys At Law
400 South Main Street, Suite 101
Conrad, Montana 59425
Telephone: (406) 278-7521
Facsimile: (406) 278-7522
Counsel for Plaintiff, Terry C. Brunner

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TERRY C. BRUNNER, | * | |
| Plaintiff, | * | |
| v. | * | No. 98-554C |
| THE UNITED STATES, | * | (Judge Wolski) |
| Defendant. | * | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND BRIEF OPPOSING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to this Court's February 8, 2008 Order, the Plaintiff, TERRY C. BRUNNER, via his undersigned attorney, respectfully requests an enlargement of time within which to file his Plaintiff's Reply Brief In Support Of Plaintiff's Motion For Summary Judgment And Brief Opposing Defendant's Cross-Motion For Summary Judgment. This reply brief is currently due to be filed on Monday, March 17, 2008 and this request is Plaintiff's third request for such an extension. This request is due to the fact that until Plaintiff's counsel has received this Court's Order granting Plaintiff's Rule 25(a) Motion and allowing for the substitution of Ronald W. Stevens, Personal Representative of the Estate of Terry C. Brunner, as Party Plaintiff in this

matter, it would be premature for the Plaintiff to submit Plaintiff's Reply Brief In Support Of Plaintiff's Motion For Summary Judgment And Brief Opposing Defendant's Cross-Motion For Summary Judgment. Undersigned counsel for Plaintiff hereby requests an extension of six (6) weeks from the date hereof or such other date to be determined by this Court after Plaintiff's receipt of this Court's Order granting the substitution of party plaintiff within which to submit Plaintiff's Reply Brief In Support Of Summary Judgment And Brief Opposing Defendant's Cross-Motion For Summary Judgment. Undersigned counsel has contacted counsel for the Defendant, United States, who has advised the undersigned attorney for the Plaintiff that the Defendant does not oppose this Motion.

WHEREFORE, counsel for the Plaintiff respectfully requests that the Court grant this motion for an enlargement of time of six (6) weeks or such other date determined by this Court following its entry of an Order herein granting substitution of Plaintiff to file PLAINTIFF'S REPLY BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND BRIEF OPPOSING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT.

DATED this 17th day of March, 2008.

Respectfully submitted,

GUSTAFSON & ROHRER

/s/Gale R. Gustafson

Gale R. Gustafson
Attorney At Law
400 South Main Street, Suite 101
Conrad, Montana 59425

Telephone: (406) 278-7521
Facsimile: (406) 278-7522
Counsel for Plaintiff, Terry C. Brunner

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 17th day of March, 2008, an electronic copy of PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND BRIEF OPPOSING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT to:

Steven Mager
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, DC 20530
Attorneys for Defendant

/s/Gale R. Gustafson
Gale R. Gustafson