# In the United States Court of Federal Claims

No. 98-554C
(Filed March 19, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * *
**TERRY C. BRUNNER,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the plaintiff's unopposed motion pursuant to Rule 25(a) of the Rules of the United States Court of Federal Claims to substitute Ronald W. Stevens, the duly appointed Personal Representative of the estate of Mr. Brunner as plaintiff in this case. Plaintiff's motion is **GRANTED**. The clerk is directed to substitute *Ronald W. Stevens, as Personal Representative of the Estate of Terry C. Brunner* as plaintiff.

Given the relatively modest amount of damages at stake under the Court's liability opinion -- namely a few months' salary and relocation expenses, *Brunner v. United States*, 70 Fed. Cl. 623, 649 (2006) -- the substitution of plaintiff might provide the occasion for the parties to revisit the possibility of settling this case. The Court strongly urges that counsel for the parties, together with Mr. Stevens, discuss the potential for settlement and report the results of such discussions in a Joint Status Report to be filed on or by April 18, 2008.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge