**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| TERRY C. BRUNNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | 98-554C |
| | ) | (Judge Wolski) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT & JOINT MOTION TO EXTEND**

The parties respectfully submit the following joint status report.

Counsel have discussed the settlement of this matter and remain in settlement discussions.

Accordingly, the parties respectfully request that the Court grant the plaintiff an additional 21 days, until May 20, 2008, in order to file plaintiff's reply brief.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ Gale R. Gustafson
GALE R. GUSTAFSON, ESQ.
Gustafson & Rohrer
400 South Main Street
Conrad, Montana 59425

April 18, 2008
Attorney for Plaintiff

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377

April 18, 2008
Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 18th day of April, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice