# In the United States Court of Federal Claims

No. 98-554C
(Filed April 21, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * *
*
**RONALD W. STEVENS,** *
as Personal Representative of the *
estate of **TERRY C. BRUNNER**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the parties' Joint Status Report and joint motion filed on April 18, 2007. The joint motion for an enlargement of time of twenty-one days is **GRANTED** so that the parties may have additional time to discuss settlement. Plaintiff's reply brief in support of his motion for summary judgment and brief opposing defendant's cross-motion for summary judgment is due on or before May 20, 2008.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge