Gale R. Gustafson
GUSTAFSON & ROHRER
Attorneys At Law
400 South Main Street, Suite 101
Conrad, Montana 59425
Telephone: (406) 278-7521
Facsimile: (406) 278-7522
Counsel for Plaintiff, Terry C. Brunner

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TERRY C. BRUNNER, | * | |
| Plaintiff, | * | |
| v. | * | No. 98-554C |
| THE UNITED STATES, | * | (Judge Wolski) |
| Defendant. | * | |

**PLAINTIFF'S MOTION**
**FOR EXTENSION OF TIME TO FILE**
**PLAINTIFF'S REPLY BRIEF IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**
**AND BRIEF OPPOSING DEFENDANT'S CROSS-MOTION**
**FOR SUMMARY JUDGMENT**

Pursuant to this Court's April 21, 2008 Order, the Plaintiff, TERRY C. BRUNNER, via his undersigned attorney, respectfully requests an enlargement of time within which to file his Plaintiff's Reply Brief In Support Of Plaintiff's Motion For Summary Judgment And Brief Opposing Defendant's Cross-Motion For Summary Judgment. This reply brief is currently due to be filed on Monday, May 20, 2008 and this request is Plaintiff's fourth request for such an extension. This request is due to the fact the attorney for the Plaintiff had to attend to several funerals and an emergency child custody matter this past week . Undersigned counsel for Plaintiff hereby requests an extension of three (3) weeks from the date hereof or June 10, 2008.

Undersigned counsel has contacted counsel for the Defendant, United States, who has advised the undersigned attorney for the Plaintiff that the Defendant does not oppose this Motion.

WHEREFORE, counsel for the Plaintiff respectfully requests that the Court grant this motion for an enlargement of time of three (3) weeks or June 10, 2008 to file PLAINTIFF'S REPLY BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND BRIEF OPPOSING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT.

DATED this 20th day of May, 2008.

Respectfully submitted,

GUSTAFSON & ROHRER

/s/Gale R. Gustafson

Gale R. Gustafson
Attorney At Law
400 South Main Street, Suite 101
Conrad, Montana 59425
Telephone: (406) 278-7521
Facsimile: (406) 278-7522
Counsel for Plaintiff, Terry C. Brunner

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 20th day of May, 2008, an electronic copy of PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND BRIEF OPPOSING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT to:

Steven Mager
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, DC 20530
Attorneys for Defendant

/s/Gale R. Gustafson
Gale R. Gustafson