# In the United States Court of Federal Claims

No. 98-554C
(Filed May 21, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * *
**RONALD W. STEVENS,**
as Personal Representative of the
estate of **TERRY C. BRUNNER**,

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the plaintiff's unopposed motion for an enlargement of time to file plaintiff's reply brief in support of plaintiff's motion for summary judgment and brief opposing defendant's cross-motion for summary judgment. The Court **GRANTS** plaintiff's motion for an enlargement of time. The reply brief in support of plaintiff's motion for summary judgment and brief opposing defendant's cross-motion for summary judgment shall be filed on or by **June 10, 2008**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge