# INDEX TO APPENDIX

| | |
|---|---|
| Plaintiff's Appendix 1 | Brunner's Deposition, Pg. 117-130 |
| Plaintiff's Appendix 2 | Answer to Interrogatory No. 48 of Response of the United States to Plaintiff's Second Set Of Interrogatories |
| Plaintiff's Appendix 3 | Responses Of The United States To Plaintiff's Request For Admissions No. 14 |