TABLE OF CONTENTS

Index

| | Page |
|---|---|
| I. INTRODUCTION | 1 |
| ARGUMENT<br>II. PLAINTIFF'S CALCULATION OF SALARY IS CORRECT | 1 |
| III. PLAINTIFF IS ENTITLED TO HIS ESTIMATE OF RELOCATION OF EXPENSES | 10 |
| IV. PLAINTIFF BRUNNER IS ALSO ENTITLED TO PAYMENT OF $2,000 BALANCE OF $2,500 REWARD FOR MICHAEL "GOAT" SNIDER. | 11 |
| V. PLAINTIFF IS ALSO ENTITLED TO PAYMENT OF $2,500 REWARDS FOR REMAINING SIX (6) DEFENDANTS INDICTED AND CONVICTED AS A RESULT OF HIS INVESTIGATIVE EFFORTS AND GRAND JURY TESTIMONY | 17 |
| VI. CONCLUSION | 18 |
| CERTIFICATE OF SERVICE | 20 |

# Table of Cases Cited

Page