IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TERRY C. BRUNNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 98-554 |
| THE UNITED STATES, | ) | (Judge Bush) |
| Defendant. | ) | |

**RESPONSES OF THE UNITED STATES TO**
**PLAINTIFF'S REQUESTS FOR ADMISSIONS**

Pursuant to Rules 26 and 36 of the Rules of the United States Court of Federal Claims ("RCFC"), the United States hereby responds to plaintiff's requests for admission, served on August 15, 2001, as follows:

General Statements And Objections

1. Defendant objects to plaintiff's discovery requests to the extent that they seek to require the defendant to provide information beyond the scope of the RCFC.

2. Defendant objects to plaintiff's discovery requests to the extent that they seek to require defendant to provide information which is protected by the attorney-client privilege, the work product doctrine, the investigatory files privilege, or the Privacy Act.

3. Defendant objects to plaintiff's discovery requests to the extent that they seek to require defendant to provide information not within its custody or control.

REQUEST FOR ADMISSION NO. 14: Please admit that in the six (6) convictions pursuant to the guilty please referred to in Request for Admission No. 13, immediately above, that the DEA seized assets from the Defendants totaling approximately $185,306.86 in real and/or personal property.

RESPONSE: Defendant objects to this request for admission as unlikely to lead to the discovery of admissible evidence. Without waiving our objections, defendant admits that the DEA seized assets totaling approximately $157,000 relating to the referenced convictions. Otherwise, denied.