**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| RONALD W. STEVENS<br>as Personal Representative of<br>the Estate of Terry C. Brunner,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 98-554C<br>(Judge Wolski) |

**UNOPPOSED MOTION FOR LEAVE TO FILE OUT OF TIME DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO <u>DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT ON DAMAGES</u>**

We respectfully request leave of Court to file out of time the attached reply to plaintiff's response to defendant's cross-motion for summary judgment on damages. Our reply was due on June 24, 2008. <u>See</u> RCFC 7.2(c). We have contacted plaintiff's counsel regarding this motion, and he has indicated that he does not oppose this motion.

On July 9, 2007, the Government filed its cross motion and response to plaintiff's motion for summary judgment on damages. On July 27, 2007, the Government filed a suggestion of death with the Court. As a result, plaintiff's response to our cross-motion was delayed, and it was not until June 10, 2008 that plaintiff filed his response to our cross-motion.

The Case Management/Electronic Case Filing ("CM/ECF") system, however, failed to provide notice that the Government was to file a reply to plaintiff's response. As a result of this technical problem and of the substantial time that had elapsed between the filing of the response and the filing of our initial cross-motion, we inadvertently missed the deadline for filing until notified by the Court of our omission.

We respectfully apologize for any inconvenience that our omission may have caused the Court. We respectfully request leave of Court to file the attached reply to plaintiff's response to defendant's cross-motion for summary judgment on damages.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification United
8th Floor
1100 L Street, NW
Washington, D.C.
Tel: (202) 616-2377
Fax: (202) 305-7643
Steven.Mager@usdoj.gov

OF COUNSEL:
RICHARD A. MEDEMA
Drug Enforcement Administration
Office of Chief Counsel
700 Army-Navy Drive
Arlington, VA 22202

July 14, 2008

**CERTIFICATE OF FILING**

I hereby certify that on this 14th day of July 2008, a copy of the foregoing "MOTION FOR LEAVE TO FILE OUT OF TIME DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT ON DAMAGES," with attached appendix, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice