# In the United States Court of Federal Claims

No. 98-554C
(Filed July 17, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *
**RONALD W. STEVENS,**
as Personal Representative of the
estate of **TERRY C. BRUNNER**,

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has received defendant's unopposed motion for leave to file out of time its reply to plaintiff's response to defendant's cross-motion for summary judgment on damages. The motion is **GRANTED**. In order to facilitate the filing of this reply memorandum in the court's CM/ECF system, defendant is directed to electronically resubmit the reply brief and supplemental appendix that were attached to the motion for leave. These will be filed by the Clerk when received.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge