# In the United States Court of Federal Claims

No. 98-554C
(Filed August 7, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **RONALD W. STEVENS,** as Personal Representative of the estate of **TERRY C. BRUNNER**, | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

A hearing on the plaintiff's motion for summary judgment and defendant's cross-motion for summary judgment will be held by telephone on Tuesday, September 16, 2008, at 2:30 p.m. Eastern Time.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge